# Exhibit A

US00D746928S

## (12) United States Design Patent
### Doerksen

(10) Patent No.: **US D746,928 S**
(45) Date of Patent: ✶✶ **Jan. 5, 2016**

(54) **SKATEBOARD**

(71) Applicant: **Future Motion, Inc.**, Mountain View, CA (US)

(72) Inventor: **Kyle Jonathan Doerksen**, Palo Alto, CA (US)

(73) Assignee: **Future Motion, Inc.**, Mountain View, CA (US)

(✶✶) Term: **14 Years**

(21) Appl. No.: **29/506,782**

(22) Filed: **Oct. 20, 2014**

(51) LOC (10) Cl. ................................. 21-02
(52) U.S. Cl.
 USPC ........................................ D21/765
(58) Field of Classification Search
 USPC ........ D21/419, 421, 423, 426, 662, 760, 765,
 D21/766, 769, 771, 776, 803; D12/1;
 280/7.14, 11.115, 11.19, 11.27, 11.28,
 280/14.21, 79.11, 79.2, 87.01, 87.021,
 280/87.03, 87.041, 87.042, 607, 608, 609,
 280/809; 180/180, 181; 434/247, 253, 258;
 D34/23, 28
 CPC .... A63C 17/01; A63C 17/011; A63C 17/012;
 A63C 17/014; A63C 17/015; A63C 17/02;
 A63C 17/26; A63C 5/003; B60Q 1/326;
 B62K 3/001
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D233,619 S | * | 11/1974 | Kelling | .................. D21/763 |
| 4,106,786 A | * | 8/1978 | Talbott | .................. 280/87.042 |
| 5,119,277 A | | 6/1992 | Copley et al. | |
| 5,794,730 A | | 8/1998 | Kamen | |
| 6,223,104 B1 | | 4/2001 | Kamen et al. | |
| 6,288,505 B1 | | 9/2001 | Heinzmann et al. | |
| 6,332,103 B1 | | 12/2001 | Steenson, Jr. et al. | |
| 6,408,240 B1 | | 6/2002 | Morrell et al. | |
| 6,538,411 B1 | | 3/2003 | Field et al. | |
| 6,553,271 B1 | | 4/2003 | Morrell | |
| 6,779,621 B2 | | 8/2004 | Kamen et al. | |
| 6,789,640 B1 | | 9/2004 | Arling et al. | |
| 6,827,163 B2 | | 12/2004 | Amsbury et al. | |
| 6,874,591 B2 | | 4/2005 | Morrell et al. | |
| 6,965,206 B2 | | 11/2005 | Kamen et al. | |
| 6,992,452 B1 | | 1/2006 | Sachs et al. | |
| 7,091,724 B2 | | 8/2006 | Heinzmann et al. | |
| 7,130,702 B2 | | 10/2006 | Morrell | |
| 7,157,875 B2 | | 1/2007 | Kamen et al. | |
| 7,172,044 B2 | * | 2/2007 | Bouvet | .................. 180/181 |
| 7,263,453 B1 | | 8/2007 | Gansler et al. | |
| D551,592 S | | 9/2007 | Chang et al. | |
| D567,318 S | * | 4/2008 | Farrelly et al. | .................. D21/763 |
| 7,424,927 B2 | | 9/2008 | Hiramatsu | |
| 7,740,099 B2 | | 6/2010 | Field et al. | |
| 7,757,794 B2 | | 7/2010 | Heinzmann et al. | |

(Continued)

*Primary Examiner* — Cynthia M Chin
(74) *Attorney, Agent, or Firm* — Kolisch Hartwell, P.C.

(57) **CLAIM**

What is claimed is the ornamental design for a skateboard, as shown and described.

**DESCRIPTION**

FIG. **1** is an upper, front, and left side perspective view of a skateboard showing the new design;
FIG. **2** is a front view thereof, the rear view is a mirror image of the front view;
FIG. **3** is a top view thereof;
FIG. **4** is left side view thereof;
FIG. **5** is a bottom view thereof; and,
FIG. **6** is a right side view thereof.
The broken lines shown in the drawings are for illustrative purposes only and form no part of the claimed design.
The stippling and shading lines shown in the drawings represent the approximate three-dimensional contour of the design, and are not intended to indicate surface decoration.

**1 Claim, 3 Drawing Sheets**



US D746,928 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D624,136 S * | 9/2010 | Chen | D21/760 |
| 7,811,217 B2 | 10/2010 | Odien | |
| 7,857,088 B2 | 12/2010 | Field et al. | |
| 7,900,725 B2 | 3/2011 | Heinzmann et al. | |
| 7,962,256 B2 | 6/2011 | Stevens et al. | |
| 7,963,352 B2 | 6/2011 | Alexander | |
| 7,979,179 B2 | 7/2011 | Gansler | |
| 8,146,696 B2 | 4/2012 | Kaufman | |
| 8,170,780 B2 | 5/2012 | Field et al. | |
| 8,308,171 B2 * | 11/2012 | Farrelly | 280/11.27 |
| 8,467,941 B2 | 6/2013 | Field et al. | |
| 8,490,723 B2 | 7/2013 | Heinzmann et al. | |
| 8,562,386 B2 * | 10/2013 | Carlson et al. | 446/462 |
| D704,786 S * | 5/2014 | Tang | D21/765 |
| 2005/0241864 A1 | 11/2005 | Hiramatsu | |
| 2006/0012141 A1 * | 1/2006 | Bouvet | 280/87.042 |
| 2007/0254789 A1 | 11/2007 | Odien | |
| 2010/0330876 A1 * | 12/2010 | Carlson et al. | 446/462 |

* cited by examiner



Fig. 1

Fig. 2



Fig. 3

Fig. 4



Fig. 5

Fig. 6