Exhibit B

US009101817B2

(12) **United States Patent**
Doerksen

(10) Patent No.: **US 9,101,817 B2**
(45) Date of Patent: **Aug. 11, 2015**

(54) **SELF-STABILIZING SKATEBOARD**

(71) Applicant: **Future Motion, Inc.**, Mountain View, CA (US)

(72) Inventor: **Kyle Jonathan Doerksen**, Palo Alto, CA (US)

(73) Assignee: **Future Motion, Inc.**, Mountain View, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/266,641**

(22) Filed: **Apr. 30, 2014**

(65) **Prior Publication Data**

US 2014/0326525 A1    Nov. 6, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/820,043, filed on May 6, 2013.

(51) **Int. Cl.**
| | |
|---|---|
| ***A63C 5/08*** | (2006.01) |
| ***A63C 17/12*** | (2006.01) |
| ***A63C 17/26*** | (2006.01) |
| ***G01C 19/42*** | (2006.01) |
| *A63C 17/01* | (2006.01) |

(52) **U.S. Cl.**
CPC ................. ***A63C 17/12*** (2013.01); ***A63C 17/26*** (2013.01); ***G01C 19/42*** (2013.01); *A63C 17/016* (2013.01); *A63C 2203/12* (2013.01); *A63C 2203/24* (2013.01); *A63C 2203/52* (2013.01)

(58) **Field of Classification Search**
CPC ...... A63C 17/01; A63C 17/015; A63C 17/26; A63C 5/08

USPC ......... 180/181, 180, 7.1, 282, 21; 280/87.042
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,585,258 | A | * | 5/1926 | Moore .......................... 280/205 |
| 4,109,741 | A | * | 8/1978 | Gabriel .......................... 180/21 |
| 4,997,196 | A | * | 3/1991 | Wood .................. 280/87.042 |
| 5,119,279 | A | * | 6/1992 | Makowsky .................. 362/101 |
| 5,132,883 | A | * | 7/1992 | La Lumandier .......... 362/466 |
| 5,487,441 | A | * | 1/1996 | Endo et al. .................. 180/181 |
| 5,513,080 | A | * | 4/1996 | Magle et al. .............. 362/103 |
| 5,794,730 | A | | 8/1998 | Kamen |

(Continued)

OTHER PUBLICATIONS

Sep. 11, 2014, International Search Report of the International Search Authority from The U.S. Receiving Office, in PCT/US2014/036244, which is the international application to this U.S. application.

(Continued)

*Primary Examiner* — Hau Phan
(74) *Attorney, Agent, or Firm* — Kolisch Hartwell, P.C.

(57) **ABSTRACT**

An electric vehicle may comprise a board including first and second deck portions each configured to receive a left or right foot of a ride, a wheel assembly disposed between the deck portions and including a ground-contacting element, a motor assembly mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle, at least one sensor configured to measure orientation information of the board, and a motor controller configured to receive orientation information measured by the sensor and to cause the motor assembly to propel the electric vehicle based on the orientation information. The electric vehicle may include exactly one ground-contacting element, and the motor may be a hub motor.

**16 Claims, 13 Drawing Sheets**



**US 9,101,817 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,050,357 | A | * 4/2000 | Staelin et al. ............... 180/65.1 |
| 6,223,104 | B1 | 4/2001 | Kamen et al. |
| 6,288,505 | B1 | 9/2001 | Heinzmann et al. |
| 6,332,103 | B1 | 12/2001 | Steenson, Jr. et al. |
| 6,408,240 | B1 | 6/2002 | Morrell et al. |
| 6,538,411 | B1 | 3/2003 | Field et al. |
| 6,553,271 | B1 | 4/2003 | Morrell |
| 6,561,294 | B1 | * 5/2003 | Kamen et al. .................. 180/21 |
| 6,779,621 | B2 | 8/2004 | Kamen et al. |
| 6,789,640 | B1 | 9/2004 | Arling et al. |
| 6,827,163 | B2 | 12/2004 | Amsbury et al. |
| 6,874,591 | B2 | 4/2005 | Morrell et al. |
| 6,965,206 | B2 | 11/2005 | Kamen et al. |
| 6,992,452 | B1 | 1/2006 | Sachs et al. |
| 7,023,330 | B2 | * 4/2006 | Kamen et al. ............... 340/427 |
| 7,053,289 | B2 | * 5/2006 | Iwai et al. ..................... 84/600 |
| 7,090,040 | B2 | * 8/2006 | Kamen et al. ............... 180/7.1 |
| 7,091,724 | B2 | 8/2006 | Heinzmann et al. |
| 7,130,702 | B2 | 10/2006 | Morrell |
| 7,138,774 | B2 | * 11/2006 | Negoro et al. ............... 318/139 |
| 7,157,875 | B2 | 1/2007 | Kamen et al. |
| 7,198,280 | B2 | * 4/2007 | Hara ..................... 280/87.042 |
| 7,263,453 | B1 | 8/2007 | Gansler et al. |
| D551,592 | S | 9/2007 | Chang et al. |
| 7,424,927 | B2 | * 9/2008 | Hiramatsu ................... 180/282 |

| | | | |
|---|---|---|---|
| 7,479,097 | B2 | * 1/2009 | Rosborough et al. ......... 482/146 |
| 7,740,099 | B2 | 6/2010 | Field et al. |
| 7,757,794 | B2 | 7/2010 | Heinzmann et al. |
| 7,811,217 | B2 | 10/2010 | Odien |
| 7,857,088 | B2 | 12/2010 | Field et al. |
| 7,900,725 | B2 | 3/2011 | Heinzmann et al. |
| 7,962,256 | B2 | 6/2011 | Stevens et al. |
| 7,963,352 | B2 | * 6/2011 | Alexander ...................... 180/21 |
| 7,979,179 | B2 | 7/2011 | Gansler |
| 8,052,293 | B2 | * 11/2011 | Hurwitz .......................... 362/84 |
| 8,083,313 | B2 | * 12/2011 | Karppinen et al. ......... 347/29 |
| 8,146,696 | B2 | 4/2012 | Kaufman |
| 8,170,780 | B2 | 5/2012 | Field et al. |
| 8,467,941 | B2 | 6/2013 | Field et al. |
| 8,490,723 | B2 | 7/2013 | Heinzmann et al. |
| 8,562,386 | B2 | * 10/2013 | Carlson et al. ............... 446/431 |
| 2005/0241864 | A1 | 11/2005 | Hiramatsu |
| 2006/0049595 | A1 | * 3/2006 | Crigler et al. ............ 280/87.042 |
| 2007/0254789 | A1 | 11/2007 | Odien |
| 2012/0232734 | A1 | * 9/2012 | Pelletier ........................ 701/22 |
| 2013/0081891 | A1 | * 4/2013 | Ulmen et al. ................. 180/181 |

OTHER PUBLICATIONS

Sep. 11, 2014, Written Opinion of the International Search Authority from The U.S. Receiving Office, in PCT/US2014/036244, which is the international application to this U.S. application.

* cited by examiner





Fig. 2



Fig. 5

Fig. 6





Fig. 7



Fig. 8



Fig. 9

Exhibit B to Complaint, Page 7 of 32

Case 2:16-cv-00013-MMD-CWH   Document 1-2   Filed 01/05/16   Page 9 of 33

Fig. 10



Fig. 11



Fig. 12



Case 2:16-cv-00013-MMD-CWH   Document 1-2   Filed 01/05/16   Page 10 of 33

Fig. 13



Fig. 14





Fig. 17

Fig. 15

U.S. Patent        Aug. 11, 2015        Sheet 9 of 13        US 9,101,817 B2

Fig. 16



Fig. 18



Fig. 19

1300
1302
PROVIDE A FIRST SET OF INSTRUCTIONS TO A USER, THE FIRST SET OF INSTRUCTIONS RELATING TO A FIRST PRODUCT FEATURE
1304
GUIDE THE USER THROUGH A FIRST EXERCISE RELATED TO THE FIRST PRODUCT FEATURE
1306
WAS THE FIRST EXERCISE SUCCESSFULLY PERFORMED ?
NO
YES
1308
UNLOCK A SECOND PRODUCT FEATURE
1310
PROVIDE A SECOND SET OF INSTRUCTIONS TO THE USER, THE SECOND SET OF INSTRUCTIONS RELATING TO THE SECOND PRODUCT FEATURE
1312
GUIDE THE USER THROUGH A SECOND EXERCISE RELATED TO THE SECOND PRODUCT FEATURE
1314
WAS THE SECOND EXERCISE SUCCESSFULLY PERFORMED ?
NO
YES
1316
UNLOCK A THIRD PRODUCT FEATURE



Fig. 20A



1400

1402
DISPLAY BASIC BALANCING INSTRUCTIONAL VIDEO

1404
GUIDE RIDER THROUGH BASIC BALANCING EXERCISE

1406
UNLOCK SLOW-SPEED FORWARD MOTION
FEATURE AND STOPPING FEATURE

1408
DISPLAY FORWARD MOTION AND STOPPING INSTRUCTIONAL VIDEO

1410
GUIDE RIDER THOUGH FORWARD MOTION AND STOPPING EXERCISE

1412
UNLOCK TOE-SIDE TURNING FEATURE

1414
DISPLAY TOE-SIDE TURNING INSTRUCTIONAL VIDEO

1416
GUIDE RIDER THOUGH TOE-SIDE TURNING EXERCISE

1418
UNLOCK HIGHER SPEED FEATURE

1420
DISPLAY SPEED MODULATION INSTRUCTIONAL VIDEO

1422
GUIDE RIDER THROUGH SPEED MODULATION EXERCISE

1424
UNLOCK REVERSING FEATURE

1426
DISPLAY REVERSING INSTRUCTIONAL VIDEO

1428
GUIDE RIDER THOUGH REVERSING EXERCISE

1430
UNLOCK HEEL-SIDE TURNING FEATURE

TO  Fig.20B

**Fig. 20B**        FROM Fig. 20B

— 1432
DISPLAY HEEL-SIDE TURNING INSTRUCTIONAL VIDEO

— 1434
GUIDE RIDER THOUGH HEEL-SIDE TURNING EXERCISE

— 1436
UNLOCK FULL SPEED FEATURE

— 1438
DISPLAY CARVING INSTRUCTIONAL VIDEO

— 1440
GUIDE RIDER THROUGH CARVING EXERCISE

— 1442
AWARD CERTIFICATE OF TRAINING COMPLETION TO RIDER

**Fig. 21**

1500

ELECTRIC VEHICLE 100

WIRELESS ELECTRONIC DEVICE 710

ELECTRIC VEHICLE 1502

**Fig. 22**

1600

ELECTRIC VEHICLE 100

WIRELESS ELECTRONIC DEVICE 710

WIRELESS ELECTRONIC DEVICE 1610

Fig. 23



US 9,101,817 B2

<div style="display:flex; justify-content:space-between;"><span>1</span><span>2</span></div>

# SELF-STABILIZING SKATEBOARD

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority from U.S. Provisional Patent Application Ser. No. 61/820,043, filed May 6, 2013, which is hereby incorporated by reference.

## FIELD

The present disclosure is generally directed to self-stabilizing electric vehicles.

## SUMMARY

In one example, an electric vehicle may comprise a board, a wheel assembly, a motor assembly, at least one sensor, and a motor controller. The board may include first and second deck portions each configured to receive a left or right foot of a rider. The wheel assembly may be disposed between the first and second deck portions and include a ground-contacting element. The motor assembly may be mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle. The at least one sensor may be configured to measure orientation information of the board. The motor controller may be configured to receive orientation information measured by the sensor and to cause the motor assembly to propel the electric vehicle based on the orientation information. The electric vehicle may include exactly one ground-contacting element.

In another example, an electric skateboard may comprise a foot deck, exactly one ground-contacting wheel, at least one sensor, and an electric motor. The foot deck may have first and second deck portions each configured to support a rider's foot. The one ground-contacting wheel may be disposed between the first and second deck portions and configured to rotate about an axle to propel the skateboard. The at least one sensor may be configured to measure an orientation of the foot deck. The electric motor may be configured to cause rotation of the wheel based on the orientation of the foot deck.

In another example, a self-balancing electric vehicle may comprise a frame, first and second deck portions, a wheel, at least one sensor, a motor controller, and a motor. The frame may define a plane. The first deck portion may be mounted to the frame and configured to support a first foot of a rider. The second deck portion mounted to the frame and configured to support a second foot of a rider. The wheel may be mounted to the frame between the deck portions, extending above and below the plane and configured to rotate about an axis lying in the plane. The at least one sensor may be mounted to the frame and configured to sense orientation information of the frame. The motor controller may be configured to receive the orientation information from the sensor and to generate a motor control signal in response to the orientation information. The motor may be configured to receive the motor control signal from the motor controller and to rotate the wheel in response, thus propelling the skateboard.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a rider on an electric vehicle including a wheel assembly and pitch, roll, and yaw axes.

FIG. 2 is an exploded perspective view of the wheel assembly including a hub motor.

FIG. 3 is a semi-schematic cross-sectional view of the hub motor taken along the pitch axis.

FIG. 4 is a perspective view of a bottom side of the electric vehicle.

FIG. 5 is a schematic diagram of various electrical components of the electric vehicle.

FIG. 6 is a flowchart depicting exemplary initialization, standby, and operation procedures of the electrical components.

FIG. 7 is a side elevation view of the electric vehicle in a first orientation.

FIG. 8 is a side elevation view of the electric vehicle moved to a second orientation to activate a control loop for the hub motor.

FIG. 9 is a side elevation view of the electric vehicle moved to a third orientation to drive the hub motor in a clockwise direction.

FIG. 10 is a side elevation view of the electric vehicle moved to a fourth orientation to drive the hub motor in a counter-clockwise direction.

FIG. 11 is a semi-schematic front elevation view of the electric vehicle moved to a fifth orientation to modulate a rotational rate of the hub motor.

FIG. 12 is semi-schematic top view of the electric vehicle being moved to a sixth orientation to modulate the rotational rate of the hub motor.

FIG. 13 is a schematic diagram of a system including the electric vehicle in communication with a wireless electronic device.

FIG. 14 is a schematic diagram of a software application for the wireless electronic device.

FIG. 15 is an exemplary screenshot of the software application.

FIG. 16 is another exemplary screenshot of the software application, showing a navigation feature.

FIG. 17 is another exemplary screenshot of the software application, showing another navigation feature.

FIG. 18 is a semi-schematic screenshot of the software application, showing a rotating image.

FIG. 19 is an illustration of operations performed by one embodiment of the software application.

FIGS. 20A and 20B when viewed together are another illustration of operations performed by one embodiment of the software application.

FIG. 21 is a schematic diagram of a system including the wireless electronic device in communication with multiple electric vehicles.

FIG. 22 is a schematic diagram of a system including the electric vehicle in communication with multiple wireless electronic devices.

FIG. 23 is a schematic diagram of an illustrative data processing system.

## DETAILED DESCRIPTION

An electric vehicle is described below and illustrated in the associated drawings. Unless otherwise specified, the electric vehicle and/or its various components may, but are not required to, contain at least one of the structures, components, functionalities, and/or variations described, illustrated, and/or incorporated herein. Furthermore, the structures, components, functionalities, and/or variations described, illustrated, and/or incorporated herein in connection with a system or method may, but are not required to, be included in other similar systems or methods. The following description of various embodiments is merely exemplary in nature and is in no way intended to limit the invention, its application or uses.

An electric vehicle, generally indicated at 100, and components and functionalities in conjunction thereof are shown

3

in FIGS. **1-23**. Vehicle **100** may be a self-stabilizing and/or self-balancing vehicle, such as an electrically-powered single-wheel self-balancing skateboard. Vehicle **100** may have a rider stance and/or motion similar to a surfboard or snowboard, which may make vehicle **100** intuitive to ride and provide for increased safety.

As shown in FIG. **1**, vehicle **100** may include a board (or foot deck, or frame, or platform) **104** having an opening **108** for receiving a wheel assembly **112** between first and second deck portions (or footpads) **116**, **120**. First and second deck portions **116**, **120** may be of the same physical piece, or may be separate pieces. First and second deck portions **116**, **120** may be included in board **104**. First and second deck portions **116**, **120** may each be configured to support a rider's foot. First and second deck portions **116**, **120** may each be configured to receive a left or a right foot of the rider.

Frame **104** may define a plane. First deck portion **116** may be mounted to frame **104** and configured to support a first foot of the rider. Second deck portion **120** may be mounted to frame **104** and configured to support a second foot of the rider.

Wheel assembly **112** may be disposed between first and second deck portions **116**, **120**. First and second deck portions **116**, **120** may be located on opposite sides of wheel assembly **112** with board **104** being dimensioned to approximate a skateboard. In other embodiments, the board may approximate a longboard skateboard, snowboard, surfboard, or may be otherwise desirably dimensioned. Deck portions **116**, **120** of board **104** may be covered with non-slip material portions **124**, **128** (e.g., 'grip tape') to aid in rider control.

Wheel assembly **112** may include a ground-contacting element (e.g., a tire, wheel, or continuous track) **132**. As shown, vehicle **100** includes exactly one ground-contacting element **132**, and the exactly one ground-contacting element is disposed between first and second deck portions **116**, **120**. Ground-contacting element **132** may be mounted to a motor assembly **136**. Motor assembly **136** may be mounted to board **104**. Motor assembly **136** may include an axle **140** (see FIG. **2**), which may be coupled to board **104** by one or more axle mounts and one or more fasteners, such as a plurality of bolts (see FIGS. **2** and **4**). Motor assembly **136** may be configured to rotate ground-contacting element **132** around (or about) axle **140** to propel vehicle **100**. For example, motor assembly **136** may include a motor, such as a hub motor **144**, configured to rotate ground-contacting element **132** about axle **140** to propel vehicle **100** along the ground. The motor may be an electric motor.

Vehicle **100** may have a pitch axis A1, a roll axis A2, and a yaw axis A3. Pitch axis A1 may be an axis about which tire **132** is rotated by motor assembly **136**. For example, pitch axis A1 may pass through axle **140** (e.g., pitch axis A1 may be parallel to and aligned with an elongate direction of axle **140**). Roll axis A2 may be perpendicular to pitch axis A1, and may substantially extend in a direction in which vehicle **100** may be propelled by motor assembly **136**. For example, roll axis A2 may extend in an elongate direction of board **104**. Yaw axis A3 may be perpendicular to pitch axis A1 and to roll axis A2. For example, yaw axis A3 may be normal to a plane defined by deck portions **116**, **120**.

Wheel **132** may be mounted to frame **104** between deck portions **116**, **120**. Wheel **132** may extend above and below the plane defined by frame **104**. Wheel **132** may be configured to rotate about an axis (e.g., pitch axis A1) lying in the plane. In addition, roll axis A2 may lie in the plane defined by frame **104**. In some embodiments, the pitch and roll axes may define the plane.

Tire **132** may be wide enough in a heel-toe direction (e.g., in a direction parallel to pitch axis A1), so that the rider can

4

balance themselves in the heel-toe direction using their own balance. Tire **132** may be tubeless, or may be used with an inner tube. Tire **132** may be a non-pneumatic tire. For example, tire **132** may be "airless", solid, and/or made of foam. Tire **132** may have a profile such that the rider can lean vehicle **100** over an edge of tire **132** (and/or pivot the board about roll axis A2 and/or yaw axis A3—see FIGS. **11** and **12**) through heel and/or toe pressure to 'corner' vehicle **100**.

Hub motor **144** may be mounted within tire (or wheel) **132** and may be internally geared or may be direct-drive. The use of a hub motor may eliminate chains and belts, and may enable a form factor that considerably improves maneuverability, weight distribution, and aesthetics. Mounting tire **132** onto hub motor **144** may be accomplished by either a split-rim design that may use hub adapters, which may be bolted on to hub motor **144**, or by casting a housing of the hub motor such that it provides mounting flanges for a tire bead directly on the housing of the hub motor.

FIG. **2** shows an embodiment of wheel assembly **112** with bolt-on hub adapters **148**, **152**. One or more fasteners, such as a plurality of bolts **156** may connect a first side of hub motor **144** to hub adapter **148**. Hub motor **144** and hub adapter **148** may be positioned in an opening **158** of tire **132** with an outer mounting flange **148**a of adapter **148** positioned adjacent a tire bead on a first side (not shown) of opening **158**. One or more fasteners, such as a plurality of bolts **160** may connect hub adapter **152** to a second side of hub motor **144**, and position an outer mounting flange **152**a of adapter **152** adjacent a tire bead **162** on a second side of opening **158**. Mounting flanges **148**a, **152**a may engage the respective tire beads to seal an interior of time **132** for subsequent inflation. Mounting flanges **148**a, **152**a may frictionally engage tire **132** to transmit rotation of hub motor **144** to tire **132**.

Axle **140** may be inserted through a central aperture of a first axle mount **164**. An enlarged head portion **140**a of axle **140** may be retained by axle mount **164**. For example, the central aperture of mount **164** may have a narrowed portion with a diameter that is less than a diameter of portion **140**a. A threaded portion **140**b of axle **140** may be serially extended through a sleeve **168**, a central aperture (not shown) of hub adapter **148**, a central aperture **172** of hub motor **144**, a central aperture of hub adapter **152**, a central aperture **176** of a torque bar **180**, and a central aperture of a second axle mount **184**. After threaded portion **140**b has been extended through the central aperture of mount **184**, a nut **186** may be tightened onto threaded portion **140**b to secure together wheel assembly **112**. For example, the central aperture of mount **184** may have a narrowed portion with a diameter that is less than a diameter of nut **186**.

A non-circular member **190** may be fixedly attached to a stator (see FIG. **3**) of hub motor **144**. When wheel assembly **112** is secured together, member **190** may be seated in a slot **180**a of torque bar **180**, and torque bar **180** may be seated in a slot **184**a of mount **184**. Slot **184**a may be similarly shaped and/or dimensioned as a slot **164**a of mount **164**. Member **190** may frictionally engage mount **184** to prevent rotation of the stator during operation of hub motor **144**.

Sleeve **168** may be dimensioned to provide desirable spacing of wheel assembly components between mounts **164**, **184**. For example, a first end of sleeve **168** may be seated in or adjacent the central aperture of mount **164**, a second end of sleeve **168** may be seated adjacent a side (not shown) of aperture **172** proximal hub adapter **148**, and sleeve **168** may have a length between its first and second ends that provides the desired spacing.

Preferably, hub motor **144** is a direct-drive transverse flux brushless motor. The use of a transverse flux motor may

US 9,101,817 B2

5
6

enable high (substantially) instantaneous and continuous torques to improve performance of the electric vehicle.

FIG. 3 depicts a schematic example of a direct-drive transverse flux brushless embodiment of hub motor 144 sectioned at the pitch axis. As shown, hub motor 144 may include magnets 192 mounted on (or fixedly secured to) an inside surface of an outer wall of a rotor 194. Rotor 194 may be fixedly attached to hub adapters 148, 152 (see FIG. 2). A stator 196 may be fixedly attached to a sleeve 198 through which central aperture 172 (see FIG. 2) extends. Sleeve 198 may extend through rotor 194. Sleeve 198 may be fixedly attached to member 190 (see FIG. 2). Sleeve 198 may ride on bearings 200 attached to rotor 194. In some embodiments, bearings 200 may be attached to sleeve 198 and may ride on rotor 194. Phase wires 202 may extend through aperture 172 (or other suitable opening) and may electrically connect one or more electric coils 203 of stator 196 with one or more other electrical components (see FIGS. 4 and 5) of vehicle 100, such as a power stage. The one or more electrical components may drive hub motor 144 based on rider inputs to propel and actively balance vehicle 100 (see FIGS. 7-12). For example, the one or more electrical components may be configured to sense movement of board 104 about the pitch axis, and drive hub motor 144 to rotate tire 132 in a similar direction about the pitch axis. Additionally, the one or more electrical components may be configured to sense movement of board 104 about the roll axis and/or the yaw axis, and modulate a rate at which the motor is driven based on this sensed movement, which may increase a performance of vehicle 100, particularly when cornering.

For example, the one or more electrical components may be configured to selectively energize the electric coils, based on rider inputs (e.g., movement of board 104), to produce an electromagnetic field for exerting forces on magnets 192 to cause the desired rotation of rotor 194 relative to stator 196.

In some embodiments, hub motor 144 may be a brushed hub motor. Alternatively, the electric vehicle may include any apparatus and/or motor suitable for driving the rotation of a wheel, such as a chain drive, a belt drive, a gear drive and/or a brushed or brushless motor disposed outside of the wheel hub.

Preferably, hub motor 144, tire 132, and axle mounts 164, 184 may be connected together as a subassembly (e.g., wheel assembly 112) and then integrated into the overall vehicle (e.g., operatively installed in board 104) to facilitate tire changes and maintenance. The subassembly may be operatively installed in board 104 by connecting mounts 164, 184 to board 104 with one or more respective fasteners, such as respective bolts 204, 206 (see FIG. 2). FIG. 4 shows bolts 204 connecting mount 184 to a portion of board 104. Bolts 206 may similarly connect mount 164 to an opposite portion of board 104. Axle mounts 164, 184 may be configured to be unbolted from board 104, and the motor may be configured to be 'unplugged' from the one or more electrical components disposed in board 104 to enable the rider to remove the subassembly from board 104, for example, to change the tire or perform other maintenance on wheel assembly 112 and/or on board 104.

Referring to FIGS. 1 and 4, a first skid pad 208 may be integrated into (or connected to) a first end of board 104 proximal first deck portion 116, and a second skid pad 212 may be integrated into (or connected to) a second end of board 104 proximal second deck portion 120. Skid pads 208, 212 may be replaceable and/or selectively removable. For example, the skid pads may include replaceable polymer parts or components. In some embodiments, the skid pads may be configured to allow the rider to bring vehicle 100 to a

stop in an angled orientation (e.g., by setting one end of the board against the ground after the rider removes their foot from a rider detection device or switch, which is described below in further detail). The respective skid pad may be worn by abrasion with the surface of the ground as that end of the board is set against (or brought into contact with) the ground.

Vehicle 100 may include one or more side-skid pads configured to protect the paint or other finish on board 104, and/or otherwise protect vehicle 100 if, for example, vehicle 100 is flipped on its side and/or slides along the ground on its side. For example, the one or more side-skid pads may be removably connected to one or more opposing longitudinal sides of the board (e.g., extending substantially parallel to the roll axis). FIG. 1 shows a first side-skid pad 216 connected to a first longitudinal side 104a of board 104. In FIG. 4, side-skid pad 216 has been removed from first longitudinal side 104a. A second side-skid pad (not shown) may be similarly removably connected to a second longitudinal side 104b (see FIG. 4) of board 104 opposite first longitudinal side 104a. The side-skid pads may be incorporated into the electric vehicle as one or more removable parts or components, and/or may be include replaceable polymer parts or components.

A removable connection of the skid pads and/or the side-skid pads to the board may enable the rider (or other user) to selectively remove one or more of these pads that become worn with abrasion, and/or replace the worn pad(s) with one or more replacement pads.

As shown in FIG. 4, vehicle 100 may include a handle 220. Handle 220 may be disposed on an underside 104c of board 104. Handle 220 may be integrated into a housing or enclosure of one or more of the electrical components.

In some embodiments, handle 220 may be operable between IN and OUT positions. For example, handle 220 may be pivotally connected to board 104, with the IN position corresponding to handle 220 substantially flush with underside 104c of board 104, and the OUT position corresponding to handle 220 pivoted (or folded) away from underside 104 such that handle 220 projects away from deck portion 120.

Vehicle 100 may include any suitable mechanism, device, or structure for releasing handle 220 from the IN position. For example, vehicle 100 may include a locking mechanism 224 that is configured to operate handle 220 between a LOCKED state corresponding to handle 220 being prevented from moving from the IN position to the OUT position, and an UNLOCKED state corresponding to handle 220 being allowed to move from the IN position to the OUT position. In some embodiments, the rider may press locking mechanism 224 to operate the handle from the LOCK state to the UNLOCKED state. The rider may manually move handle 220 from the IN position to the OUT position. The rider may grasp handle 220, lift vehicle 100 off of the ground, and carry vehicle 100 from one location to another.

In some embodiments, handle 220 may include a biasing mechanism, such as a spring, that automatically forces handle 220 to the OUT position when operated to the UNLOCKED state. In some embodiments, locking mechanism 224 may be configured to selectively lock handle 220 in the OUT position.

Vehicle 100 may include any suitable apparatus, device, mechanism, and/or structure for preventing water, dirt, or other road debris from being transferred from the ground-contacting element to the rider. For example, as shown in FIG. 1, vehicle 100 may include first and second partial fender portions 228, 232. Portion 228 is shown coupled to first deck portion 116, and portion 232 is shown coupled to second deck portion 120. Portion 228 may prevent debris from being transferred from tire 132 to a portion of the rider positioned on or

7

8

adjacent deck portion **116**, such as when tire **132** is rotated about pitch axis A**1** in a counter-clockwise direction. Portion **232** may prevent debris from being transferred from tire **132** to a portion of the rider positioned on or adjacent deck portion **120**, such as when tire **132** is rotated about pitch axis A**1** in a clockwise direction.

Additionally and/or alternatively, vehicle **100** may include a full fender **240**, as shown in FIGS. **7**-**10**. Fender **240** may be configured to prevent a transfer of debris from the ground-contacting element to the rider. For example, a first portion **240***a* of fender **240** may be coupled to first deck portion **116**, a second portion **240***b* of fender **240** may be coupled to second deck portion **120**, and a central portion **240***c* of fender **240** may connect the first and second portions **240***a*, **240***b* of fender **240** above a portion of tire **132** that projects above an upper-side of board **104**, as shown in FIG. **7**.

Fender **240** and/or fender portions **228**, **232** may be attached to at least one of deck portions **116**, **120** and configured to prevent water traversed by wheel **132** from splashing onto the rider. Fender **240** may be attached to both of deck portions **116**, **120**, and may substantially entirely separate wheel **132** from the rider, as is shown in FIGS. **7**-**10**.

Fender **240** may be a resilient fender. For example, fender **240** may include (or be) a sheet of substantially flexible or resilient material, such as plastic. A first side of the resilient material may be coupled to deck portion **116** (or board **104** proximate deck portion **116**), and a second side of the resilient material may be coupled to deck portion **120** (or board **104** proximate deck portion **120**). A resiliency of the resilient material between the first and second sides may bias fender **240** away from tire **132** to provide adequate spacing between fender **240** and tire **132**, as shown in FIGS. **7**-**10**. The adequate spacing may prevent the tire from contacting the fender.

Fender **240** (e.g., portion **240***c*) may be compressible toward tire **132**, if for example, vehicle **100** happens to flip over such that portion **240***c* is in contact with the ground. When vehicle **100** is restored to a suitable riding position, such as that shown in FIG. **7**, the resiliency of the resilient material may restore the fender to a position providing the adequate spacing.

Fender **240** may extend across an overall width of tire **132** in a direction parallel to pitch axis A**1**, in a manner similar to that of partial fender portion **228** is shown extending in FIG. **1**. Similarly, partial fender portion **232** may extend across the overall width of tire **132** in the direction of pitch axis A**1**.

As indicated in FIG. **4**, the one or more electrical components of vehicle **100** may include a power supply **250**, a motor controller **254**, a rider detection device **262**, a power switch **266**, and a charge plug **268**. Power supply **250** may include one or more batteries which may be re-chargeable, such as one or more lithium batteries that are relatively light in weight and have a relatively high power density. For example, power supply **250** may include one or more lithium iron phosphate batteries, one or more lithium polymer batteries, one or more lithium cobalt batteries, one or more lithium manganese batteries, or a combination thereof. For example, power supply **250** may include sixteen (16) A123 lithium iron phosphate batteries (e.g., size 26650). The batteries of power supply **250** may be arranged in a 16S1P configuration. A microcontroller **269** and/or one or more sensors (or at least one sensor) **270** may be included in or connected to motor controller **254** (see FIG. **5**). At least one of sensors **270** may be configured to measure orientation information (or an orientation) of board **104**. For example, sensors **270** may be configured to sense movement of board **104** about and/or along the pitch, roll, and/or yaw axes. The motor may be configured to cause

rotation of wheel **132** based on the orientation of board **104**. In particularly, motor controller **254** may be configured to receive orientation information measured by the at least one sensor of sensors **270** and to cause motor assembly **254** to propel the electric vehicle based on the orientation information. For example, motor controller **254** may be configured to drive hub motor **144** based on received sensed movement of board **104** from sensors **270** via microcontroller **269** to propel and/or actively balance vehicle **100**.

One or more of the electrical components may be integrated into board **104**. For example, board **104** may include a first environmental enclosure that may house power supply **250**, and a second environmental enclosure that may house motor controller **254**, and rider detection device **262**. The environmental enclosures may protect the one or more electrical components from being damaged, such as by water ingress.

Vehicle **100** may include one or more light assemblies, such as one or more headlight and/or taillight assemblies. For example, a first headlight/taillight assembly (or first light assembly) **272** may be disposed on or at (and/or connected to) a first end portion of board **104** (e.g., at a distal end portion of first deck portion **116**), and a second headlight/taillight assembly **276** may be disposed on or at (and/or connected to) a second end portion of board **104** (e.g., at a distal end portion of second deck portion **120**). The second end portion of board **104** may be opposite the first end portion.

Headlight/taillight assemblies **272**, **276** may be configured to reversibly light vehicle **100**. For example, assemblies **272**, **276** may indicate the direction that vehicle **100** is moving by changing color. For example, the headlight/taillight assemblies may each include one or more high output red and white LEDs (or other suitable one or more illuminators) **278** configured to receive data from microcontroller **269** (and/or a pitch sensor of sensors **270**, such as a 3-axis gyro **280**—see FIG. **5**) and automatically change color from red to white (or white to red, or a first color to a second color) based on the direction of movement of vehicle **100**, with white LEDs (or a first color) shining in the direction of motion and red LEDs (or a second color) shining backward (e.g., opposite the direction of motion). For example, one or more of the headlight/taillight assemblies (e.g., their respective illuminators) may be connected to microcontroller **269** via an LED driver **282** (see FIG. **5**), which may be included in or connected to motor controller **254**. In some embodiments, the illuminators may include RGB/RGBW LEDs.

Illuminators **278** may be located in and/or protected by skid pads **208**, **212**, as shown in FIG. **4**. For example, skid pads **208**, **212** may include respective apertures **286**, **290**. Illuminators **278** may be disposed in and shine through respective apertures **286**, **290**. Apertures **286**, **290** may be dimensioned to prevent illuminators **278** from contacting the ground. For example, apertures **286**, **290** may each have a depth that is greater than a height of illuminators **278**. In some embodiments, the illuminators may be separable from the associated skid pad, so that the skid pads may be removed without removing the illuminators.

As shown in FIG. **4**, first skid pad **208** and a first illuminator **278** are disposed at a distal end of first deck portion **116**, and second skid pad **212** and a second illuminator **278** are disposed at a distal end of second deck portion **120**. Each of skid pads may include an aperture (e.g., skid pad **208** may include aperture **286**, and skid pad **212** may include aperture **290**, as mentioned above) configured to allow light from the corresponding illuminator to shine through while preventing the illuminator from contacting the ground.

US 9,101,817 B2

9

FIG. **5** shows a block diagram of the one or more electrical components of vehicle **100**. The electrical components may include a power supply management system **300**, a direct current to direct current (DC/DC) converter **304**, a brushless direct current (BLDC) drive logic **306**, a power stage **310**, a 3-axis accelerometer **314**, one or more hall sensors **318**, and a motor temperature sensor **322**. DC/DC converter **304**, BLDC drive logic **306**, and power stage **310** may be included in and/or connected to motor controller **254**. Accelerometer **314** may be included in sensors **270**.

Active balancing (or self-stabilization) of the electric vehicle may be achieved through the use of a feedback control loop or mechanism, which may be implemented in the one or more electrical components. The feedback control mechanism may include sensors **270** connected to (and/or included in) motor controller **254**.

Preferably, the feedback control mechanism includes a Proportional-Integral-Derivative (PID) control scheme using one or more gyros (e.g., gyro **280**) and one or more accelerometers (e.g., accelerometer **314**). Gyro **280** may be configured to measure pivotation of foot deck **104** about the pitch axis. Gyro **280** and accelerometer **314** may be collectively configured to estimate (or measure, or sense) a lean angle of board **104**, such as an orientation of the foot deck about the pitch, roll and yaw axes. In some embodiments, the gyro and accelerometer **314** may be collectively configured to sense orientation information sufficient to estimate the lean angle of frame **104** including pivotation about the pitch, roll and yaw axes.

As mentioned above, orientation information of board **104** may be measured (or sensed) by gyro **280** and accelerometer **314**. The respective measurements (or sense signals) from gyro **280** and accelerometer **314** may be combined using a complementary or Kalman filter to estimate a lean angle of board **104** (e.g., pivotation of board **104** about the pitch, roll, and/or yaw axes, with pivotation about the pitch axis corresponding to a pitch angle, pivotation about the roll axis corresponding to a roll or heel-toe angle, and pivotation about the yaw axis corresponding to a yaw angle) while filtering out the impacts of bumps, road texture and disturbances due to steering inputs. For example, gyro **280** and accelerometer **314** may be connected to microcontroller **269**, which may be configured to correspondingly measure movement of board **104** about and along the pitch, roll, and yaw axes (see FIG. **1**). Alternatively, the electronic vehicle may include any suitable sensor and feedback control loop configured to self-stabilize a vehicle, such as a 1-axis gyro configured to measure pivotation of the board about the pitch axis, a 1-axis accelerometer configured to measure a gravity vector, and/or any other suitable feedback control loop, such as a closed-loop transfer function. However, additional accelerometer and gyro axes may allow improved performance and functionality, such as detecting if the board has rolled over on its side or if the rider is making a turn.

The feedback control loop may be configured to drive motor **144** to reduce an angle of board **104** with respect to the ground. For example, if in FIG. **1** the rider was to angle board **104** downward, so that first deck portion **116** was 'lower' than second deck portion **120** (e.g., if the rider pivoted board **104** clockwise about pitch axis A**1**), then the feedback loop may drive motor **144** to cause clockwise rotation of tire **132** about pitch axis A**1** (see FIG. **9**) and a counter-clockwise force on board **104**.

Thus, motion of the electric vehicle may be achieved by the rider leaning their weight toward their 'front' foot. Similarly, deceleration may be achieved by the rider leaning toward their 'back' foot. Regenerative braking can be used to slow the

10

vehicle. Sustained reverse operation may be achieved by the rider maintaining their lean toward their 'back' foot.

As indicated in FIG. **5**, microcontroller **269** may be configured to send a signal to BLDC drive logic **306**, which may communicate information relating to the orientation and motion of board **104**. BLDC drive logic **306** may then interpret the signal and communicate with power stage **310** to drive motor **144** accordingly. Hall sensors **318** may send a signal to the BLDC drive logic to provide feedback regarding a substantially instantaneous rotational rate of the rotor of motor **144**. Motor temperature sensor **322** may be configured to measure a temperature of motor **144** and send this measured temperature to logic **306**. Logic **306** may limit an amount of power supplied to motor **144** based on the measured temperature of motor **144** to prevent motor **144** from overheating.

Certain modifications to the PID loop or other suitable feedback control loop may be incorporated to improve performance and safety of the electric vehicle. For example, integral windup may be prevented by limiting a maximum integrator value, and an exponential function may be applied to a pitch error angle (e.g., a measure or estimated pitch angle of board **104**).

Alternatively or additionally, some embodiments may include neural network control, fuzzy control, genetic algorithm control, linear quadratic regulator control, state-dependent Riccati equation control or other control algorithms. In some embodiments, absolute or relative encoders may be incorporated to provide feedback on motor position.

As mentioned above, during turning, the pitch angle can be modulated by the heel-toe angle (e.g., pivotation of the board about the roll axis—see FIG. **11**), which may improve performance and prevent a front inside edge of board **104** from touching the ground. In some embodiments, the feedback loop may be configured to increase, decrease, or otherwise modulate the rotational rate of the tire if the board is pivoted about the roll and/or yaw axes. This modulation of the rotational rate of the tire may exert an increased normal force between a portion of the board and the rider, and may provide the rider with a sense of 'carving' when turning, similar to the feel of carving a snowboard through snow or a surfboard through water.

Once the rider has suitably positioned themselves on the board, the control loop may be configured to not activate until the rider moves the board to a predetermined orientation. For example, an algorithm may be incorporated into the feedback control loop, such that the control loop is not active (e.g., does not drive the motor) until the rider uses their weight to bring the board up to an approximately level orientation (e.g., 0 degree pitch angle—as shown in FIG. **8**). Once this predetermined orientation is detected, the feedback control loop may be enabled (or activated) to balance the electric vehicle and to facilitate a transition of the electric vehicle from a stationary mode (or configuration, or state, or orientation) to a moving mode (or configuration, or state, or orientation).

Referring back to FIG. **5**, the one or more electrical components may be configured to manage power supply **250**. For example, power supply management system **300** may be a battery management system configured to protect batteries of power supply **250** from being overcharged, over-discharged, and/or short-circuited. System **300** may monitor battery health, may monitor a state of charge in power supply **250**, and/or may increase the safety of the vehicle. Power supply management system **300** may be connected between charge plug **268** and power supply **250**. The rider (or other user) may couple a charger to plug **268** and re-charge power supply **250** via system **300**.

US 9,101,817 B2

11

In operation, power switch 266 may be activated (e.g., by the rider). Activation of switch 266 may send a power-on signal to converter 304. In response to the power-on signal, converter 304 may convert direct current from a first voltage level provided by power supply 250 to one or more other voltage levels. The other voltage levels may be different than the first voltage level. Converter 304 may be connected to the other electrical components via one or more electrical connections to provide these electrical components with suitable voltages.

Converter 304 (or other suitable circuitry) may transmit the power-on signal to microcontroller 269. In response to the power-on signal, microcontroller may initialize sensors 270, and rider detection device 262.

The electric vehicle may include one or more safety mechanisms, such as power switch 266 and/or rider detection device 262 to ensure that the rider is on the board before engaging the feedback control loop. In some embodiments, rider detection device 262 may be configured to determine if the rider's feet are disposed on the foot deck, and to send a signal causing motor 144 to enter an active state when the rider's feet are determined to be disposed on foot deck 104.

Rider detection device 262 may include any suitable mechanism, structure, or apparatus for determining whether the rider is on the electric vehicle. For example, device 262 may include one or more mechanical buttons, one or more capacitive sensors, one or more inductive sensors, one or more optical switches, one or more force resistive sensors, and/or one or more strain gauges. The one or more mechanical buttons may be located on or under either or both of first and second deck portions 116, 120 (see FIG. 1). The one or more mechanical buttons may be pressed directly (e.g., if on the deck portions), or indirectly (e.g., if under the deck portions), to sense whether the rider is on board 104. The one or more capacitive sensors and/or the one or more inductive sensors may be located on or near a surface of either or both of the deck portions, and may correspondingly detect whether the rider is on the board via a change in capacitance or a change in inductance. Similarly, the one or more optical switches may be located on or near the surface of either or both of the deck portions. The one or more optical switches may detect whether the rider is on the board based on an optical signal. The one or more strain gauges may be configured to measure board or axle flex imparted by the rider's feet to detect whether the rider is on the board. In some embodiments, device 262 may include a hand-held "dead-man" switch.

If device 262 detects that the rider is suitably positioned on the electric vehicle, then device 262 may send a rider-present signal to microcontroller 269. The rider-present signal may be the signal causing motor 144 to enter the active state. In response to the rider-present signal (and/or the board being moved to the level orientation), microcontroller 269 may activate the feedback control loop for driving motor 144. For example, in response to the rider-present signal, microcontroller 269 may send board orientation information (or measurement data) from sensors 270 to logic 306 for powering motor 144 via power stage 310.

In some embodiments, if device 262 detects that the rider is no longer suitably positioned or present on the electric vehicle, device 262 may send a rider-not-present signal to microcontroller 269. In response to the rider-not-present signal, circuitry of vehicle 100 (e.g., microcontroller 269, logic 306, and/or power stage 310) may be configured to reduce a rotational rate of the rotor relative to the stator to bring vehicle 100 to a stop. For example, the electric coils of the rotor may be selectively powered to reduce the rotational rate of the

12

rotor. In some embodiments, in response to the rider-not-present signal, the circuitry may be configured to energize the electric coils with a relatively strong and/or substantially continuously constant voltage, to lock the rotor relative to the stator, to prevent the rotor from rotating relative to the stator, and/or to bring the rotor to a sudden stop.

In some embodiments, the vehicle may be configured to actively drive motor 144 even though the rider may not be present on the vehicle (e.g., temporarily), which may allow the rider to perform various tricks. For example, device 262 may be configured to delay sending the rider-not-present signal to the microcontroller for a predetermined duration of time, and/or the microcontroller may be configured to delay sending the signal to logic 306 to cut power to the motor for a predetermined duration of time.

The electric vehicle may include other safety mechanisms, such as a buzzer mechanism. The buzzer mechanism may be configured to emit an audible signal (or buzz) to the rider if circuitry within the electric vehicle detects an error. For example, the buzzer mechanism may emit an error signal to the rider if circuitry within the electric vehicle does not pass a diagnostic test (see FIG. 6).

FIG. 6 depicts multiple steps of a method (or operations), generally indicated at 600, which may be performed by and/or in conjunction with vehicle 100. Although various steps of method 600 are described below and depicted in FIG. 6, the steps need not necessarily all be performed, and in some cases may be performed in a different order than the order shown.

As shown, method 600 may include an initialization procedure, a standby procedure, and an operation procedure. The initialization procedure may include a step 602 of activating a power switch. For example, at step 602, the rider may press switch 266 (see FIG. 4). The initialization procedure may then flow to a step 604 of performing one or more diagnostics. For example, circuitry of vehicle 100 may perform one or more diagnostic tests to determine whether the one or more electrical components are properly operational. For example, at step 604, motor controller 254 may perform a self-diagnostic to determine whether components thereof, such as the power stage, are operational.

The initialization procedure may include a step 606 of determining whether the diagnostics performed at step 606 were passed. If it is determined at step 606 that the diagnostics were not passed, then method 600 may flow to a step 608 of emitting an error signal, and a step 610 of disabling the vehicle. For example, vehicle 100 may emit an audible buzz via the buzzer mechanism or emit a light signal (e.g., by flashing illuminators 278) if it is determined that the diagnostics were not passed, and may prevent motor controller 254 from powering motor 144. In some embodiments, disabling the vehicle may involve locking the rotor relative to the stator. For example, the motor controller may continuously energize the electric coils of the stator with a substantially constant current to prevent the rotor from rotating relative to the stator. However, if it is determined at step 606 that the diagnostics were passed, then the initialization procedure may flow to a step 612 of initializing sensors 270.

As shown in FIG. 6, the initialization procedure may then flow to the standby procedure. The standby procedure may include a step 614 of determining whether a rider is detected. For example, circuitry of vehicle 100 may determine whether the rider is detected as being suitably positioned on board 104 (e.g., with one foot on first deck portion 116, and the other foot on second deck portion 120, as shown in FIG. 7), based on a received signal from rider detection device 262. If it is determined at step 614 that the rider is not detected on the vehicle, then step 614 may be repeated until a rider is

US 9,101,817 B2

13

detected. In some embodiments, device 262 may substantially continuously send the rider-present signal to the circuitry when the rider is positioned on the vehicle, and/or may substantially continuously send the rider-not-present signal to the circuitry when the rider is not positioned on the vehicle. In some embodiments, device 262 may intermittently send these signals based on the position of the rider.

If it is determined at step 614 that a rider is detected as suitably positioned on board 104, as is shown in FIG. 7, then the standby procedure may flow to a step 616 of reading or acquiring one or more measurements (e.g., orientation information) from sensors 270 (e.g., gyro 280 and accelerometer 314).

The standby procedure may include a step 618 of determining whether board 104 is in the level orientation (or other predefined and/or predetermined orientation). Circuitry of vehicle 100 may determine whether board 104 is in the level orientation based on the measurements acquired from sensors 270 at step 616. If it is determined at step 618 that board 104 is not in the level orientation, as is shown in FIG. 7, then the standby procedure may return to step 614.

However, if it is determined at step 618 that board 104 is in the level orientation, as is shown in FIG. 8, then the standby procedure may flow to the operation procedure (e.g., to initialize self-balancing of the vehicle) via the feedback control loop, an example of which is generally indicated at 620 in FIG. 6. Loop 620 may be a closed-loop balancing routine, which may be repeated until the rider is no longer detected.

Loop 620 may include a step 622 of reading or acquiring one or more measurements from sensors 270. For example, at step 622, microcontroller 269 (or other circuitry) may acquire acceleration measurements of board 104 along the pitch, roll, and yaw axes from accelerometer 314, and may acquire position measurements of board 104 about the pitch, roll, and yaw axes from gyro 280.

Loop 620 may include a step 624 of applying sensor offsets to one or more of the measurements acquired at step 622. For example, offsets for the accelerometer and the gyro may be determined at step 612 during initialization, which may be applied at step 624 to the measurements acquired at step 622 to substantially correct sensor bias.

Loop 620 may include a step 626 of combining sensor values. For example, at step 626, microcontroller 269 may combine measurements from accelerometer 314 and gyro 280 acquired at step 622 (including or not including the applied offsets) with the complementary or Kalman filter.

Loop 620 may include a step 628 of calculating (or determining) the lean angle of board 104. At step 628, microcontroller 628 may determine the lean angle based on the combined measurements from accelerometer 314 and gyro 280.

As described above, the lean angle may include the pitch, roll, and yaw angles of board 104. As shown in FIG. 9, the rider may pivot board 104 about pitch axis A1 to produce a pitch angle θ1, in which case at step 630, the microcontroller may determine that board 104 has pitch angle θ1 based on combined measurements (e.g., orientation information) from accelerometer 314 and gyro 280. As shown, the pitch angle may be determined based on an orientation of board 104 with respect to the level orientation. The level orientation may be determined or calculated based on a measured gravity vector.

Loop 620 may include a step 630 of calculating an error angle. The error angle may be an estimate or calculation of a displacement of the board from the level orientation based on orientation information from sensors 270. For example, in the orientation shown in FIG. 9, the microcontroller may determine that pitch angle θ1 is the error angle. At step 630,

14

microcontroller 269 may calculate (or determine) the error angle with respect to a gravity vector measurement acquired from accelerometer 314.

Loop 620 may include a step 632 of calculating P, I, and D values for the PID control scheme. These values may be used to filter out impacts from bumps on the ground, road texture, and/or disturbances due to unintentionally sudden steering inputs.

Loop 620 may include a step 634 of sending a motor command (or motor control signal) to motor 144. At step 634, the motor controller may generate the motor control signal in response to the orientation information received sensors 270. Motor 144 may be configured to receive the motor control signal from motor controller 254 and to rotate wheel 132 in response to the orientation information.

For example, at step 634, microcontroller 269 may send a signal to logic 306 including information corresponding to the calculated lean angle, the calculated error angle (which may be the calculated lean angle or a percentage thereof), and/or the calculated P, I, D values. Based on this information, BLDC drive logic 306 may determine how to accordingly drive motor 144. For example, logic 306 may determine that the rotor of motor 144 should be driven in a clockwise direction (in FIG. 9) at a first rate, based on pitch or error angle θ1, to attempt to move board 104 back to the level orientation, and send a corresponding motor command to power stage 310. Power stage 310 may then accordingly power motor 144 via phase wires 202 (see FIG. 3). If the rider maintains downward pressure on deck portion 116, the clockwise rotation of the rotor of motor 144 may result in rightward propulsion of vehicle 100 in FIG. 9.

As shown in FIG. 9, in response to the motor command, illuminators 278 coupled to deck portion 116 may emit white light WL, and illuminators 278 coupled to deck portion 120 may emit red light RL, as vehicle 100 moves rightward.

Referring back to FIG. 6, loop 620 may include a step 636 of determining whether the rider is detected (e.g., as suitably positioned on board 104). The microcontroller may make this determination based on a signal from the rider detection device, for example, in a manner similar to that of step 614. In some embodiments, the determination of whether the rider is detected may be based on motor torque (e.g., a reduction of motor torque below a predefined threshold), or vehicle orientations that may indicate that the electric vehicle is not under rider control (e.g., excessive pitch, roll, and/or yaw angle or modulation thereof).

At step 636, if it is determined that the rider is not detected (e.g., has fallen, jumped, or otherwise dismounted the electric vehicle), then the operation procedure may flow to a step 638 of stopping motor 144, and return to step 614. At step 638, stopping the motor may involve locking the rotor relative to the stator, such that the ground-contacting element (e.g., the tire) stops rotating around the pitch axis relative to the board. For example, at step 638, the motor controller may energize the electric coils of the stator with a substantially continuous, constant, and/or relatively strong electric current to produce a substantially constant and/or strong electromagnetic field for stopping rotation of the magnets of the rotor around the pitch axis relative to the stator.

However, if it is determined at step 363 that the rider is detected (e.g., is still suitably positioned on the electric vehicle), then loop 620 may return to step 622, and loop 620 may be repeated. For example, in a subsequent repetition of loop 620, the rider may have moved board 104 to an orientation having a pitch angle θ2 (see FIG. 9). Pitch angle θ2 may correspond to further pivotation of board 104 about pitch axis A1 relative to the orientation of board 104 shown in FIG. 9,

US 9,101,817 B2

15                                                          16

such that deck portion **116** has been moved further below the level orientation, and deck portion **120** has been moved further above the level orientation. In this subsequent repetition of loop **620**, circuitry of vehicle **100** may power the rotor in a clockwise direction at a second rate, based on pitch angle θ2, to attempt to move board **104** back to the level orientation. The second rate may be greater than the first rate.

In another subsequent repetition of loop **620**, the rider may have moved board **104** to an orientation having a pitch angle θ3 (see FIG. **10**). As shown, pitch angle θ3 corresponds to pivotation of board **104** about pitch axis A1, such that deck portion **120** has been moved below the level orientation, and deck portion **116** has been moved above the level orientation. In this subsequent repetition of loop **620**, circuitry of vehicle **100** may power the rotor of motor **144** to rotate in a counter-clockwise direction (as indicated in FIG. **10**) at a third rate, based on pitch angle θ3, to attempt to move board **104** back to the level orientation. If the rider maintains downward pressure on deck portion **120**, the counter-clockwise rotation of the rotor of motor **144** may result in leftward propulsion of vehicle **100** in FIG. **10**. An absolute value of the third rate may correspond to a greater rate than an absolute value of the first rate, as angle θ3 in FIG. **10** is shown to have a larger magnitude than angle θ1 in FIG. **9**. Similarly, an absolute value of the third rate may correspond to a lesser rate than an absolute value of the second rate, as angle θ3 is shown to have a smaller magnitude than angle θ2 in FIG. **9**.

As mentioned above, the light assemblies may switch color when vehicle **100** reverses direction. For example, as shown in FIG. **10**, in response to the reversed direction of movement of vehicle **100** (relative to the direction of movement shown in FIG. **9**), illuminators **278** coupled to deck portion **116** may switch from illuminating white light to emitting red light RL, and illuminators **278** coupled to deck portion **120** may switch from emitting red light to emitting white light RL, as vehicle **100** moves leftward.

In particular, illuminators **278** of the first light assembly (e.g., disposed at the first end portion of board **104** on the right-hand side of FIG. **9**) may be configured to output light of a first color (e.g., white) when board **104** is being propelled generally in a first direction (e.g., indicated in FIG. **9** as to the right), and to output light of a second color (e.g., red) when board **104** is being propelled generally in a second direction (e.g., to the left in FIG. **10**).

Similarly, illuminators **278** of the second light assembly (e.g., disposed at the second end portion of board **104** on the left-hand side of FIG. **9**) may be configured to output light of the second color (e.g., red) when board **104** is being propelled generally in the first direction (e.g., indicated in FIG. **9** as to the right), and to output light of the first color (e.g., white) when board **104** is being propelled generally in the second direction (e.g., to the left in FIG. **10**).

Vehicle **100** may include a turn compensation feature. The turn compensation feature may adjust a rate at which motor **144** is driven based on the roll angle of board **104**. For example, the rider may pivot board **104** from the level orientation to a rolled orientation about roll axis A2, as shown in FIG. **11**, by changing heel and/or toe pressure applied to board **104**, resulting in a roll angle θ4, in which case, step **628** of FIG. **6** may involve calculating roll angle θ4 based on orientation information from sensors **270**. If board **104** is also pivoted about the pitch axis (e.g. has pitch angle θ1 or θ3, as shown respectively in FIGS. **9** and **10**), then at step **634** of FIG. **6**, the circuitry may send an increased amount of power to motor **144** based on roll angle θ4 to increase the rotational rate of the rotor and thus tire **132**. A magnitude of the increased amount of power may be based on a magnitude of

the roll angle, with a greater roll angle magnitude corresponding to a greater increase in power, and a lesser roll angle magnitude corresponding to a lesser increase in power.

Similarly, the turn compensation feature may adjust a rate at which motor **144** is driven based on a change in the yaw angle of board **104**. For example, the rider may pivot board **104** from a first orientation (as shown in dash double dot lines in FIG. **12**) to a second orientation (as shown in solid lines in FIG. **12**) about yaw axis A3, resulting in a yaw angle change **85**. If in this second orientation, board **104** is also oriented to have a pitch angle, then at step **634** of FIG. **6**, the circuitry may send an increased amount of power to motor **144** based on yaw angle change **85** to increase the rotational rate of the rotor and thus tire **132**.

FIGS. **7-12** show a process of operating vehicle **100**. FIG. **7** shows the rider on board **104** in a starting orientation. The starting orientation may correspond to one of the rider's feet pressing downward on deck portion **120** to brace deck portion **120** against the ground, and the other of the rider's feet positioned on deck portion **116**. As shown, the rider's right foot is pressing downward on deck portion **120**, and the rider's left foot is contacting deck portion **116**. However, board **104** may be configured to allow the rider to operate vehicle **100** in a "switch" stance, with their left foot on deck portion **120**, and their right foot on deck portion **116**. In (or prior to) the starting position, the rider may power-on vehicle **100** by pressing switch **266** (see FIG. **4**). In the starting position, circuitry of vehicle **100** may prevent or hinder rotation of the rotor relative to the stator (see FIG. **3**), for example, by powering the electric coils with a relatively strong and substantially continuously constant current (and/or mechanically locking and/or creating increased friction between the rotor and the stator), which may assist the rider in moving board **104** to the level orientation. The circuitry of vehicle **100** may be configured to remove this rotational hindrance when orientation information from the sensors indicates that board **104** has been moved to the level orientation.

The rider may move board **104** to the level orientation, as shown in FIG. **8**, by shifting their weight to pivot board **104** about pitch axis A1. Movement of board **104** to the level orientation may initialize active balancing of vehicle **100** via control loop **620** (see FIG. **6**). In some embodiments, circuitry of vehicle **100** may be configured to initialize (or proceed to) loop **620** after board **104** has been maintained in the level orientation (or a range of orientations near the level orientation) for a predetermined duration of time (e.g., 1 second), which may provide adequate delay for ensuring that the rider is in control of vehicle **100**.

As indicated in FIG. **9**, the rider may pivot board **104** about pitch axis A1 by angle **81** to move vehicle **100** "forward" (that is to the to the right in FIG. **9**) via clockwise rotation provided by motor **144**. The rider may increase the clockwise rotation of motor **144**, and thus the forward speed of vehicle **100** by further pivoting board **104** in a clockwise direction, for example to produce pitch angle θ2.

As the rider increases the speed of vehicle **100** by pressing deck portion **116** further toward the ground (e.g., to pitch angle θ2), the power output of motor **144** may approach a maximum power output. At the maximum output of motor **144**, pressing deck portion **116** further toward the ground may result in a front end of the board contacting the ground at a relatively high speed, which may result in an accident. To prevent a likelihood of such an accident, vehicle **100** may include a power margin indication feature configured to indicate to the rider a margin between a current power output of motor **144** and the maximum power output of motor **144**. For example, when the current power output of motor **144** reaches

US 9,101,817 B2

17                                                                           18

a predetermined headroom threshold near the maximum power output (e.g., if motor **144** is being driven at a relatively high speed or rate and the rider pivots board **104** to pitch angle θ2), circuitry of vehicle **100** may be configured to send an increased pulse of power (e.g., in excess of the headroom threshold, but less than or equal to the maximum power output) to motor **144** to push back the rider and move the board **104** back toward (and/or to) the level orientation (or in some embodiments, even further back). In some embodiments, the power margin indicator may communicate a relationship between the current power output and the maximum power output by emitting an audio signal (e.g., from the buzzer) or a visual signal (e.g., from a tachometer). In some embodiments, the power margin indicator may be configured to similarly indicate a margin (or ratio) between the current power output and the maximum power output when vehicle **100** is propelled in reverse, as shown in FIG. **10**.

While pivoting board **104** to have a pitch angle with respect to the level orientation, as shown in FIGS. **9** and **10**, the rider may pivot board **104** about roll axis A2, as is shown in FIG. **11**, to modulate power to the motor.

Similarly, while pivoting board **104** to have a pitch angle with respect to the level orientation, the rider may pivot board **104** about yaw axis A3, as is shown in FIG. **12**, to modulate power to the motor.

In some embodiments, one or more electric vehicles, which may each be similar to and/or include vehicle **100**, may be monitored, altered, and/or controlled by one or more peripheral devices. Examples of such systems and components thereof are shown in FIGS. **13-23**.

FIG. **13** shows an illustrative system, generally indicated at **700**. System **700** may include vehicle **100** in communication with a wireless electronic device **710**. Device **710** may be any suitable wireless electronic device including a transmitter TX and/or a receiver RX. For example, device **710** may be a smartphone, a tablet computer, or any other wireless electronic device capable of wirelessly transmitting and/or receiving data.

Device **710** may be configured to wirelessly upgrade and/or alter firmware of vehicle **100** (e.g., of microcontroller **269**). For example, device **710** may download an encrypted firmware package from a server **720** over a network, such as a cloud network. Device **710** may transmit the package from a transmitter TX of device **710** to a receiver RX of vehicle **100**. In some embodiments, vehicle **100** may include a transmitter TX for transmitting data regarding the operational status of vehicle **100** to a receiver RX of device **710**. Reception of the data by device **710** may prompt device **710** to download the package from server **720**.

Device **710** may include a processor (or processor unit—see FIG. **23**), a storage device (see FIG. **23**), and a program (or software application) **800** comprising a plurality of instructions stored in the storage device. The plurality of instructions may be executed by the processor to receive data transmitted from vehicle **100**, display the received data from vehicle **100** on a graphical user interface (GUI) of device **710**, display a component configuration of vehicle **100** on the GUI of device **710**, transmit data to vehicle **100**, reconfigure (or alter) one or more components of vehicle **100**, control one or more components of vehicle **100**, and/or perform one or more of the features depicted in FIGS. **14-20**.

FIG. **14** depicts a schematic block diagram of various features which may be included in application **800**. Application **800** may include a riding mode selector feature **802**. Feature **802** may be configured to allow the rider (or other user) to select and/or change a riding mode of vehicle **100**. For example, feature **802** may include a top speed limit selector

**804**, a top acceleration limit selector **806**, a control loop gain selector **808**, and/or a turn compensation parameter selector **810**. Selector **804** may allow a top speed limit of vehicle **100** (e.g., of the rotor relative to the stator) to be selected (and/or set). For example, the rider may be a novice, in which case selector **804** may be used to set the top speed limit to a relatively low speed, such as 2 miles per hour (MPH). At a later time and/or as the rider becomes more proficient in operating the electric vehicle, the rider may use selector **804** to increase the top speed limit (e.g., to 8 MPH). In another example, the electric vehicle may be used by multiple users, at least one of which may be a novice, and at least one of which may be more experienced. Selector **804** may be used to set the top speed limit to a lower speed for the novice, and to a higher speed for the more experienced rider. Similarly, selector **806** may be used to select a top acceleration limit of the electric vehicle (e.g., of the rotor relative to the stator).

Selector **808** may be configured to allow a gain of the control loop of the electric vehicle (e.g., see feedback control loop **620** in FIG. **6**) to be decreased, increased, or otherwise modulated. For example, the gain may determine a rate at which the rotational rate of the rotor of motor **144** is changed based on how much the lean angle (e.g., pitch angle) of board **104** has been changed. By using selector **808** to set the gain to a lower level, a first change in the pitch angle may correspond to a smaller acceleration of the electric vehicle. By using selector to set the gain to a higher level, the first change in the pitch angle may correspond to a larger acceleration of the electric vehicle. Setting the gain may include changing one or more gains of the PID control loop, such as a proportional gain (Kp), an integral gain (Ki), and/or a derivative gain (Kd). However, changing the proportional gain may more dramatically change a riding feel of the vehicle, as compared to changing the integral gain and/or the derivative gain.

Selector **810** may be configured to allow one or more turn compensation parameters to be selected and/or set. For example, selector **810** may allow the user to select whether the roll angle is used to modulate the motor command, and/or set a gain corresponding to a relationship between the roll angle and modulation of the motor command. Similarly, selector **810** may allow the user to select whether a yaw angle change is used to modulate the motor command, and/or set a gain corresponding to a relationship between the yaw angle change and modulation of the motor command.

Application **800** may include a battery status feature **812**. Feature **812** may display on the GUI, or otherwise communicate to the user, an amount of available power remaining in the power supply (e.g., the one or more batteries) of the electric vehicle. For example, feature **812** may display remaining battery power as a percentage, and/or a distance corresponding to how far the remaining power may propel the electric vehicle. If the electric vehicle is plugged into a recharging device for recharging the power supply, then feature **812** may display (or communicate) a duration of time until the power supply is fully recharged.

Application **800** may include an odometer feature **814**. Feature **814** may display (or otherwise communicate) a total distance that the electric vehicle has been ridden or operated. For example, circuitry of the electric vehicle may transmit data representative of a total number of revolutions of the tire of the electric vehicle to the wireless electronic device. The wireless electronic device may then display (or update) the distance communicated by feature **814** based on the transmitted data.

Application **800** may include a lighting mode selector **816**. The electric vehicle may include a plurality of lighting modes, such as a first, second, third, fourth, and fifth lighting

19

20

modes. The first lighting mode may be configured to reversibly light the headlight/taillight assemblies (e.g., switch the color of the illuminators of the assemblies based on the direction of movement of the electric vehicle). The second lighting mode may be configured to not reversibly light the headlight/taillight assemblies (e.g., not switch the colors based on the direction of movement). The third lighting mode may be configured to emit brighter light from the headlight/taillight assemblies (e.g., for night time riding). The fourth lighting mode may be configured to emit dimmer light from the headlight/taillight assemblies (e.g., for daytime riding). The fifth lighting mode may be configured to flash the illuminators of one or both of the headlight/taillight assemblies (e.g., to increase visibility of the electric vehicle).

Selector **816** may allow selection of one or more modes of the plurality of lighting modes. For example, the rider may use selector **816** to select the first lighting mode and the third lighting mode, resulting in the headlight/taillight assemblies being reversibly lit and emitting a greater amount of light. The rider may subsequently use selector **816** to deselect the third lighting mode, and select the fourth lighting mode to decrease power consumption of the electric vehicle. In some embodiments selector **816** may be used to switch the headlight/taillight assemblies between ON and OFF modes.

Application **800** may include an informational feature **818**. Feature **818** may be configured to acquire diagnostic, service, error, and/or debugging information from the electric vehicle, and display (or otherwise communicate) this information to the user. For example, feature **818** may acquire and/or display information (or data) representative of, indicative of, corresponding to, and/or associated with battery voltage, current amps, total amp-hours, regenerated or regen amp-hours (e.g., an amount of electric energy recovered through regenerative braking), a current lean angle of the board, a safety margin (e.g., representative of the current power output of the motor relative to the maximum power output of the motor, such as the current power output represented as a percentage of the maximum power output), a current motor temperature, a history of motor temperatures, total battery cycles, and/or an indication of an operational status of any of the foregoing.

Application **800** may include a security feature **820**. Feature **820** may be configured to prevent unauthorized use of the electric vehicle. For example, feature **820** may be configured to toggle the electric vehicle between an enabled mode and a disabled mode. The enabled mode may allow the motor of the electric vehicle to be powered. The disabled mode may prevent the motor of the electric vehicle from being powered (and/or electrically and/or mechanically lock the rotor relative to the stator).

In some embodiments, an owner and/or an authorized rider of a particular electric vehicle (or set of electric vehicles) may be issued a personal identification number (PIN) corresponding that particular electric vehicle (or set of electric vehicles), in which case feature **820** may allow the owner and/or the authorized rider to input the PIN to toggle the electric vehicle between the enabled and disabled modes. In some embodiments, a predefined relatively close proximity of a wireless electronic device with an authorized PIN to a corresponding electric vehicle may toggle the electric vehicle to the enable mode. In some embodiments, removal of the wireless electronic device with the authorized PIN from the predefined relatively close proximity may toggle the electric vehicle to the disable mode.

Feature **820** may allow the predefined relatively close proximity to be adjusted. For example, feature **820** may allow the authorized user to switch the proximity between a relatively short distance (e.g., 5 meters) and a relatively long

distance (e.g., 50 meters). Setting the proximity to the short distance may be suitable for personal use. Setting the proximity to the long distance may be suitable for situations in which the electric vehicle is being used by another party, such a renter or a friend. In some embodiments, feature **820** may toggle the electric vehicle to the disable mode when a measured distance between the wireless electronic device and the electronic vehicle is indicative of the wireless electronic device not being carried by a rider of the electronic vehicle. Proximity of the wireless electronic device (or distance there between) may be measured or estimated by any suitable apparatus, mechanism, device, or system, such as a global positioning system (GPS) or one or more other suitable proximity sensors.

Application **800** may include a notification feature **822**. Feature **822** may receive a notification from the electric vehicle that the electric vehicle has been turned on (or powered-up). Feature **822** may receive a notification from the electric vehicle when power in the power supply reaches a predefined level, such as at or below 20%. Feature **822** may display (or otherwise communicate) one or more of these notifications to the user.

Application **800** may include a navigation feature **824**. Feature **824** may display a map of routes taken by the electric vehicle. The map may include vehicle statistics, such as average speed for one or more of the routes, a top speed for one or more of the routes, a top cornering speed for one or more of the routes, and/or a top acceleration for one or more of the routes. The routes may be identified based at least in part on GPS tracking of either the vehicle or the wireless electronic device, or tracking via another suitable system. The vehicle statistics may be determined based at least in part on motor controller information transmitted from the vehicle to the wireless electronic device.

Feature **824** may allow the user to share the map, one or more particular routes, and/or data corresponding thereto with one or more other parties via one or more social networks, such as FACEBOOK® or TWITTER®. Feature **824** may display a map of a user's current location, and overlay on the map of a circle (or other shape) indicative of how far the electric vehicle can travel (e.g., vehicle range) given a current power level in of the power supply. The map may show locations of nearby charging stations. The charging stations may include public electric vehicle charging stations and/or locations of individual electric vehicle enthusiasts who have been previously identified as allowing others to plug into electrical outlets at their respective homes or businesses.

Application **800** may include a training feature **826**. Feature **826** may be configured to guide a rider through a learning progression regarding various features of the electric vehicle. The learning progression may include a series of instructional videos. Each of the instructional videos may be related to a different feature of the electric vehicle. Each video may be followed by one or more guided exercises. If the rider successfully completes the one or more guided exercises, then feature **826** may unlock a new feature of the electric vehicle. The new feature may be a feature that was previously unavailable to the rider.

FIG. **15** shows an exemplary screenshot of a home screen **900** of the software application. As shown, screen **900** may include a field **902**. Field **902** may show a percentage of battery power remaining (in this example 88%), and may depict this percentage in a bar graph. Screen **900** may include a field **904** displaying an estimated vehicle range (in this case 5.3 miles) that the electric vehicle may travel based on the percentage of battery power remaining. Fields **902** and/or **904** may be an example of feature **812**.

US 9,101,817 B2

21

Screen **900** may include a riding mode selector field **906**. Field **906** may be an example of feature **802**. Field **906** may allow the user to select one of a plurality of riding modes, such as a learn mode, a speed mode, or a trick mode. The learn mode may be suitable for use by a novice rider when learning how to operate the electric vehicle. For example, the learn mode may correspond to a lower top speed limit, a lower top acceleration limit, and/or relatively low (or no) turn compensation. The speed (or commute) mode may be suitable for riders who desire to quickly travel on the electric vehicle from one place to another. For example, the speed mode may correspond to a higher top speed limit, a higher top acceleration limit, and/or moderate turn compensation. The trick mode may be suitable for riders who desire to perform various tricks on the electric vehicle. For example, the trick mode may correspond to a moderate top speed limit, a higher top acceleration limit, and/or higher turn compensation.

The user may select the learn mode by tapping on a learn field **908**, the user may select the speed mode by tapping on the speed field **910**, and the user may select the trick mode by tapping on a trick field **912**. Selection of one of the modes may correspond to a de-selection of one or more of the other modes.

Selection of a riding mode may result in display of a field **914**. Field **914** may show one or more operational parameters of the selected riding mode. For example, if the speed mode is selected, as shown in FIG. **15**, then field **914** may show a top speed field **916**, an acceleration field **918**, a corning field **920**, and a range field **922**. Field **916** may depict a top speed limit for the speed mode and/or enable the user to set the top speed limit for the speed mode. Field **918** may depict a top acceleration limit for the speed mode and/or enable the user to set the top acceleration limit for the speed mode. Field **920** may depict and/or enable the user to set a rate at which modulation of the roll angle and/or the yaw angle is factored into modulation of the rotational rate of the rotor about the pitch axis. Field **922** may depict how one or more operational parameters (or settings) of the speed mode may affect a range that the electric vehicle can travel. For example, if the operational parameters consume a greater amount of energy, then field **922** may indicate a shorter range, as shown. Similarly, field **914** may depict and/or enable one or more similar operational parameters to be set for the learn and trick modes.

Screen **900** may include a lighting mode field **924**. Field **924** may be an example of feature **816**. Field **924** may enable the user to toggle the headlight/taillight assemblies between two or more lighting modes, such as an OFF mode and an ON mode. The OFF mode may correspond to the illuminators of the headlight/taillight assemblies not emitting light. The ON mode may correspond to the illuminators of the headlight/taillight assemblies emitting light.

Screen **900** may include an indicator **926**. Indicator **926** may indicate how or through what protocol device **710** is connected to vehicle **100** (see FIG. **13**). As indicated in FIG. **15**, device **710** may be connected to (e.g., in communication with) vehicle **100** via Bluetooth protocol. However, in other embodiments, the wireless electronic device may connect to the electric vehicle via another protocol suitable for transmitting data, preferably wirelessly, from one circuit to another.

Screen **900** (and other screens of application **800**) may include one or more icons that allow a user to switch between various features of application **800**. For example, the screens of application **800** may include icons **928**, **930**, **932**, **934**. Icon **928** may be a riding-mode/home screen icon, which when tapped (or otherwise selected) by the user may switch application **800** to screen **900**. Icon **930** may be a navigation icon, which when selected by the user may switch application **800**

22

to one or more navigation screens. For example, selection of icon **930** may result in display of a menu that allows the user to choose either of screens **1000** or **1100** (see FIGS. **16** and **17**). Icon **932** may be a configuration icon, which when selected by the user may display features **818** and/or **820** (see FIG. **14**) on a screen **1200** (see FIG. **18**). Icon **934** may be a training icon, which when selected by the user may switch application **800** to one or more training screens. The one or more training screens may progress through one or more operations, examples of which are shown in FIGS. **19** and **20**.

In FIG. **16**, screen **1000** depicts an example of navigation feature **824** (see FIG. **14**). As shown in FIG. **16**, screen **1000** may display a map, generally indicated at **1004**. Map **1004** may show one or more routes traveled by vehicle **100**, such as a first route **1008** (shown in dash double dot lines), a second route **1012** (shown in dash dot lines), and a third route **1016** (shown in dashed lined). For one or more of the routes, map **1004** may display one or more statistics for the electric vehicle along the respective route. For example, map **1004** may display an average speed statistic (e.g., 6 MPH) for the electric vehicle along route **1008**, a location at which the electric vehicle achieved a top (or maximum) cornering speed, a location at which the electric vehicle achieved a top acceleration, and a location at which the electric vehicle achieved a top speed. Values of the top cornering speed, acceleration, and speed may be displayed on map **1004** (e.g., proximal the associated locations). Similarly, map **1004** may display statistics for routes **1012**, **1016**. In some embodiments, map **1004** may simultaneously display statistics for all of the routes shown. In some embodiments, map **1004** may display statistics for only a subset of the routes, which may be selected by the user. In some embodiments, map **1004** may allow selective display and/or sharing of specific routes (e.g., by tapping on a specific route to access display and/or sharing controls for that specific route).

In FIG. **17**, screen **1100** depicts another example of navigation feature **824** (see FIG. **14**). As shown in FIG. **17**, screen **1100** may display a map, generally indicated at **1104**. Map **1104** may show a current position of the electric vehicle. Feature **824** may overlay a circle **1108** (or other shape, outline, or perimeter) on map **1104** to indicate how far the electric vehicle can travel (e.g., a range of the electric vehicle) based on a current power level in the power supply of the electric vehicle. Map **1104** may depict locations (and/or proximities) of one or more charging stations. For example, map **1104** shows two charging stations located within circle **1108**, and one charging station located outside of circle **1108**. Display of the current position of the electric vehicle, the locations of the charging stations, and/or circle **1108** may help the user to determine a direction of travel, and/or whether to visit a particular charging station to re-charge the power supply of the electric vehicle. For example, based on map **1104**, the user may decide to travel to one of the charging stations located within circle **1108**.

In some embodiments, map **1104** of FIG. **17** may include map **1004** of FIG. **16**. For example, map **1104** may include a display of routes taken by the electric vehicle and statistics for those routes.

FIG. **18** is a schematic of screen **1200** including features **818**, **820**. Screen **1200** (and/or other screens of the application) may include an image **1204**, which may rotate based on the lean angle (e.g., pivot, roll, and/or yaw angles) of the electric vehicle. For example, rotation of image **1204** may be based on sensor information (or orientation information) from the electric vehicle gyro and accelerometer. For example, the software application may receive a signal indicative of sensor information corresponding to the electric

23
24

vehicle moving from the orientation shown in FIG. 7 to the orientation shown in FIG. 8. In response to this signal, the software application may correspondingly rotate a display of image 1204 from a first position (shown in solid lines) to a second position (shown in dashed double dot lines). The software application may similarly rotate image 1204 to indicate movement about the roll axis and/or the yaw axis. As shown in FIG. 18, image 1204 is an image of the electric vehicle. However, in other embodiments, the image may be an image of another object or shape, or an image of a texture.

Rotation of image 1204 may enable the user to remotely view movement of the electric vehicle, and/or conveniently visualize an accuracy of sensor information. For example, rotation of image 1204 may enable the user to verify and/or otherwise interpret information provided by feature 818. As described above, feature 818 may display diagnostic, service, error, and/or debugging information to the user. For example, the user may manually tilt the electric vehicle, and visually verify that circuitry in the electric vehicle is accurately calculating the lean angle by visually comparing a tilt of image 1204 to the actual electric vehicle.

Rotation of image 1204 may increase a security of the electric vehicle. For example, rotation of image 1204 may indicate that an unauthorized party is moving the electric vehicle, in which case the user may access feature 820 to toggle the electric vehicle from the enable mode to the disable mode to prevent unauthorized use of the electric vehicle.

In some embodiments image 1204 may be a background image of the software application. For example, image 1204 may be displayed "behind" either of features 818, 820. In some embodiments, image 1204 may appear on one or more of the screens of the software application when the software application receives a signal indicating that the electric vehicle has been powered on, which may increase the security of the electric vehicle. In some embodiments, image 1204 may disappear from one or more of the screens of the software application when the software application receives a signal indicating that the electric vehicle has been powered off.

FIG. 19 depicts multiple steps of a method, generally indicated at 1300, which may be performed by the software application, such as by training feature 826 (see FIG. 14). Although various steps of method 1300 are described below and depicted in FIG. 19, the steps need not necessarily all be performed, and in some cases may be performed in a different order than the order shown.

Method 1300 may include a step 1302 of providing a first set of instructions to the user. The first set of instructions may relate to a first product feature of the electric vehicle, such as basic balancing. The first set of instructions may include text, audio, and/or video instructions provided by the software application on the wireless electronic device to the user. For example, providing the first set of instructions may involve displaying an instructional video to the user to educate the user in how to execute a first process related to basic balancing, such as pivoting the board from a starting position (see FIG. 7) with one end of the board on the ground, to the level orientation (see FIG. 8) to activate the feedback control loop.

Method 1300 may include a step 1304 of guiding the user through a first exercise related to the first product feature. For example, at step 1304, the software application may (through text, audio, and/or video) direct the user to execute the first process. For example, at step 1304 the software application may be configured to emit voice instructions through a speaker in the wireless electronic device. The voice instructions may direct the user to position the board in the starting position, place their feet on the first and second footpads, and/or move the board to the level orientation.

Method 1300 may include a step 1306 of determining whether the first exercise was successfully performed (or completed). At step 1306 a signal may be sent from the electric vehicle to the wireless electronic device. The signal may include information from which the software application may determine whether the first exercise was successfully performed, such as sensor information and/or other information from the microcontroller of the electric vehicle. Based on the signal, the software application may determine whether the first exercise was successfully performed.

At step 1306, if it is determined that the first exercise was not successfully performed (e.g., that the board was not moved to the level orientation), then method 1300 may return to step 1302 and the first set of instructions and/or a set of instructions similar to the first set may be provided to the user on the wireless electronic device by the software application.

However, if it is determined at step 1306 that the first exercise was successfully performed, then method 1300 may proceed to a step 1308 of unlocking a second product feature of the electric vehicle. The second product feature may be a feature of the electric vehicle that was previously disabled. The second product feature may be generally more difficult to operate than the first product feature, and/or a product feature that is more complex and/or builds upon a function of the first product feature. For example, the second product feature may be a sustained forward motion feature that involves maintaining a pitch angle of the board to propel the board forward, as is shown in FIG. 9.

As shown in FIG. 19, method 1300 may include a step 1310 of providing a second set of instructions to the user. The second set of instructions may relate to the second product feature. For example, at step 1310, the software application may provide an instructional video on the wireless electronic device that shows the user how to hold the front foot pad down to drive the electric vehicle forward, and how to allow the board to return to the level orientation to bring the electric vehicle to a stop.

Similar to respective steps 1304, 1306, method 1300 may include a step 1312 of guiding the user through a second exercise related to the second product feature, and a step 1314 of determining whether the second exercise was successfully performed. At step 1314, if it is determined that the second exercise was not successfully performed, then method 1300 may return to step 1310. However, if it is determined at step 1314 that the second exercise was successfully performed, then method 1300 may proceed to step 1316 of unlocking a third product feature. The third product feature may be more complex than the first and second product features, and/or may require operational knowledge of the first and/or second product features in order to be safely performed.

FIGS. 20A and 20B are respective first and second parts of a flowchart, and are referred to collectively as FIG. 20.

FIG. 20 depicts multiple steps of a method, generally indicated at 1400, which may be performed by the software application, such as by training feature 826 (see FIG. 14). For example, method 1400 may be an embodiment of method 1300 of FIG. 19. Although various steps of method 1400 are described below and depicted in FIG. 20, the steps need not necessarily all be performed, and in some cases may be performed in a different order than the order shown.

As shown, method 1400 may include a step 1402 of displaying a basic balancing instructional video. At step 1402, the basic balancing instructional video may be displayed on the wireless electronic device by the software application to the rider (or user).

Method 1400 may include a step 1404 of guiding the rider through a basic balancing exercise. For example, at step 1404,

the software application may direct the rider to perform the basic balancing exercise on the electric vehicle. In some embodiments, the software application may determine whether the basic balancing exercise was successfully performed.

Method **1400** may include a step **1406** of unlocking a slow-speed (e.g., 2 MPH) forward motion feature and a stopping feature. In some embodiments, the software application may unlock the slow-speed forward motion feature after (or only after) it has been determined that the basic balancing exercise was successfully performed (or completed).

Method **1400** may include a step **1408** of displaying a forward motion and stopping instructional video, and a step **1410** of guiding the rider through a forward motion and stopping exercise. In some embodiments, the software application may determine whether the forward motion and stopping exercise was successfully performed.

Method **1400** may include a step **1412** of unlocking a toe-side turning feature, such as modulation of the rotational rate of the rotor of the motor based on pivotation of the board about the roll axis in a direction opposite to that shown in FIG. **11**. In some embodiments, the software application may unlock the toe-side turning feature after (or only after) it has been determined that the forward motion and stopping exercise was successfully performed.

Method **1400** may include a step **1414** of displaying a toe-side turning instructional video, and a step **1416** of guiding the rider through a toe-side turning exercise. In some embodiments, the software application may determine whether the toe-side turning exercise was successfully performed.

Method **1400** may include a step **1418** of unlocking a higher speed feature, such as forward motion at a speed of up to 8 MPH. In some embodiments, the software application may unlock the higher speed feature after (or only after) it has been determined that the toe-side turning exercise was successfully performed.

Method **1400** may include a step **1420** of displaying a speed modulation instructional video. For example, the speed modulation instructional video may show the rider a speed modulation process of increasing the pitch angle to increase the speed of the electric vehicle, and decreasing the pitch angle to decrease the speed of the electric vehicle.

Method **1400** may include a step **1422** of guiding the rider through a speed modulation exercise. For example, at step **1422**, the software application may direct the rider to perform one or more steps of the speed modulation process.

Method **1400** may include a step **1424** of unlocking a reversing feature, such as reverse motion as a result to maintaining the rear foot pad below the level orientation, as shown in FIG. **10**. In some embodiments, the software application may unlock the reverse motion feature after (or only after) it has been determined that the speed modulation exercise was successfully performed.

Method **1400** may include a step **1426** of displaying a reversing instructional video, and a step **1428** of guiding the rider through a reversing exercise. In some embodiments, the software application may determine whether the reversing exercise was successfully performed.

Similar to step **1412**, **1414**, **1416**, method **1400** may include a step **1430** of unlocking a heel-side turning feature, a step **1432** of displaying a heel-side turning instructional video, and a step **1434** of guiding the rider through a heel-side turning exercise, an example of which is shown in FIG. **11**.

Method **1400** may include a step **1436** of unlocking a full speed feature, such as forward and/or reverse motion at a speed of up to 12 MPH. In some embodiments, the software

application may unlock the full speed feature after (or only after) it has been determined that the heel-side turning exercise was successfully performed.

Method **1400** may include a step **1438** of displaying a carving instructional video, which may show the rider how to make high-speed turns using modulation of one or more of the roll and yaw angles to module the rotational rate of the rotor relative to the stator.

Method **1400** may include a step **1440** of guiding the rider through a carving exercise, in which the rider may be instructed to complete a plurality of turns at relatively high speeds through modulation of the roll and/or yaw angles.

Method **1400** may include a step **1442** of awarding a certificate of training completion (or virtual certificate) to the rider. Awarding the certificate may be based upon whether it was determined by the software application that the carving exercise, and/or any of the other exercises, were successfully completed. In some embodiments, method **1400** may include awarding a certificate based on successful performance of one or more of the previously performed exercises, at any of steps **1404**, **1410**, **1416**, **1422**, **1428**, **1434**. For example, step **1418** may include unlocking the higher speed feature and awarding a certificate based on successful completion of the toe-side turning exercise.

FIG. **21** shows a system, generally indicated at **1500**. System **1500** may include electric vehicle **100** and an electric vehicle **1502**, which may be similar to vehicle **100**, in communication with wireless electronic device **710**. For example, vehicle **1502** may include a transmitter and a receiver similar to those of vehicle **100** (see FIG. **13**), that are capable of establishing a wireless data-communication link between device **710** and vehicle **1502**. System **1500** may be desirable in a situation in which one user wishes to wirelessly connect to both of vehicles **100**, **1502** to monitor and/or alter a configuration of either of vehicles **100**, **1502**. For example, the one user may be a parent who may be riding vehicle **100**, and a child of the parent may be riding vehicle **1502**. The wireless data-communication link formed between device **710** and vehicles **100**, **1502** may enable the parent, while riding with the child, to alter the riding mode of vehicle **1502** to match the abilities of the child and to alter the riding mode of vehicle **100** to match a power consumption of vehicle **100** to that of vehicle **1502**.

System **1500** may enable device **710** to monitor and/or alter the respective configurations of vehicles **100**, **1502**, either independently or substantially simultaneously. For example, a technician may operate device **710** to update the respective firmware of vehicles **100**, **1502** at substantially the same time, or may enable the technician to sequentially update vehicles **100**, **1502**.

In some embodiments, system **1500** may enable the technician or other user, to reconfigure the electrical components of vehicle **1502** to match a configuration of the electrical components of vehicle **100**. For example, a rider of vehicles **1502** may be friends with a rider of vehicle **100**. Vehicle **100** may have a configuration (e.g., a particular gain, and/or other settings) that the rider of vehicle **1502** desires to apply to vehicle **1502**, in which case, either of the riders may use device **710** to read the configuration of vehicle **100** (e.g., via the software application), and to reconfigure vehicle **1502** accordingly. In some embodiments, the software application may include a feature that automatically reconfigures vehicle **1502** to match a configuration of vehicle **100**.

FIG. **22** shows a system, generally indicated at **1600**. System **1600** may include vehicle **100** in communication with device **710**, and a wireless electronic device **1610**. A first wireless data-communication link may be formed between

US 9,101,817 B2

27 28

device **710** and vehicle **100**, and a second wireless data-communication link may be formed between device **1610** and vehicle **100**. Device **1610** may be similar to device **710**. For example, device **1610** may be running a software application similar to application **800** (see FIG. **14**).

System **1600** may be useful for coaching a rider of vehicle **100**. For example, a trainee may be holding device **710** and may be positioned on vehicle **100**, and a trainer may be holding device **1610** and may be positioned remote from vehicle **100**. The trainee may use the software application running on device **710** to monitor and/or alter a configuration of vehicle **100** and/or receive training information via feature **826** (see FIG. **14**). The trainer may use the software application running on device **1610** to similarly monitor and/or alter a configuration of vehicle **100** and/or send training information to device **710** via vehicle **100**. In some embodiments, devices **710**, **1610** may be in direct communication with one another via one or more wireless data-communication links, and the trainee and the trainer may monitor and/or alter a configuration of vehicle **100** through a mutual data-communication link established between one of the devices and the electric vehicle, and/or mutually share training information.

FIG. **23** depicts a data processing system **2300** in accordance with aspects of the present disclosure. In this example, data processing system **2300** is an illustrative data processing system for implementing one or more of the operations and/or functions in FIGS. **1-22** and/or described in relation thereto.

In this illustrative example, data processing system **2300** includes communications framework **2302**. Communications framework **2302** provides communications between processor unit **2304**, memory **2306**, persistent storage **2308**, communications unit **2310**, input/output (I/O) unit **2312**, and display **2314**. Memory **2306**, persistent storage **2308**, communications unit **2310**, input/output (I/O) unit **2312**, and display **2314** are examples of resources accessible by processor unit **2304** via communications framework **2302**.

Processor unit **2304** serves to run instructions for software that may be loaded into memory **2306**. Processor unit **2304** may be a number of processors, a multi-processor core, or some other type of processor, depending on the particular implementation. Further, processor unit **2304** may be implemented using a number of heterogeneous processor systems in which a main processor is present with secondary processors on a single chip. As another illustrative example, processor unit **2304** may be a symmetric multi-processor system containing multiple processors of the same type.

Memory **2306** and persistent storage **2308** are examples of storage devices **2316**. A storage device is any piece of hardware that is capable of storing information, such as, for example, without limitation, data, program code in functional form, and other suitable information either on a temporary basis or a permanent basis.

Storage devices **2316** also may be referred to as computer readable storage devices in these examples. Memory **2306**, in these examples, may be, for example, a random access memory or any other suitable volatile or non-volatile storage device. Persistent storage **2308** may take various forms, depending on the particular implementation.

For example, persistent storage **2308** may contain one or more components or devices. For example, persistent storage **2308** may be a hard drive, a flash memory, a rewritable optical disk, a rewritable magnetic tape, or some combination of the above. The media used by persistent storage **2308** also may be removable. For example, a removable hard drive may be used for persistent storage **2308**.

Communications unit **2310**, in these examples, provides for communications with other data processing systems or devices. In these examples, communications unit **2310** is a network interface card. Communications unit **2310** may provide communications through the use of either or both physical and wireless communications links.

Input/output (I/O) unit **2312** allows for input and output of data with other devices that may be connected to data processing system **2300**. For example, input/output (I/O) unit **2312** may provide a connection for user input through a keyboard, a mouse, and/or some other suitable input device. Further, input/output (I/O) unit **2312** may send output to a printer. Display **2314** provides a mechanism to display information to a user.

Instructions for the operating system, applications, and/or programs may be located in storage devices **2316**, which are in communication with processor unit **2304** through communications framework **2302**. In these illustrative examples, the instructions are in a functional form on persistent storage **2308**. These instructions may be loaded into memory **2306** for execution by processor unit **2304**. The processes of the different embodiments may be performed by processor unit **2304** using computer-implemented instructions, which may be located in a memory, such as memory **2306**.

These instructions are referred to as program instructions, program code, computer usable program code, or computer readable program code that may be read and executed by a processor in processor unit **2304**. The program code in the different embodiments may be embodied on different physical or computer readable storage media, such as memory **2306** or persistent storage **2308**.

Program code **2318** is located in a functional form on computer readable media **2320** that is selectively removable and may be loaded onto or transferred to data processing system **2300** for execution by processor unit **2304**. Program code **2318** and computer readable media **2320** form computer program product **2322** in these examples. In one example, computer readable media **2320** may be computer readable storage media **2324** or computer readable signal media **2326**.

Computer readable storage media **2324** may include, for example, an optical or magnetic disk that is inserted or placed into a drive or other device that is part of persistent storage **2308** for transfer onto a storage device, such as a hard drive, that is part of persistent storage **2308**. Computer readable storage media **2324** also may take the form of a persistent storage, such as a hard drive, a thumb drive, or a flash memory, that is connected to data processing system **2300**. In some instances, computer readable storage media **2324** may not be removable from data processing system **2300**.

In these examples, computer readable storage media **2324** is a physical or tangible storage device used to store program code **2318** rather than a medium that propagates or transmits program code **2318**. Computer readable storage media **2324** is also referred to as a computer readable tangible storage device or a computer readable physical storage device. In other words, computer readable storage media **2324** is a media that can be touched by a person.

Alternatively, program code **2318** may be transferred to data processing system **2300** using computer readable signal media **2326**. Computer readable signal media **2326** may be, for example, a propagated data signal containing program code **2318**. For example, computer readable signal media **2326** may be an electromagnetic signal, an optical signal, and/or any other suitable type of signal. These signals may be transmitted over communications links, such as wireless communications links, optical fiber cable, coaxial cable, a wire, and/or any other suitable type of communications link. In other words, the communications link and/or the connection may be physical or wireless in the illustrative examples.

US 9,101,817 B2

29                                         30

In some illustrative embodiments, program code **2318** may be downloaded over a network to persistent storage **2308** from another device or data processing system through computer readable signal media **2326** for use within data processing system **2300**. For instance, program code stored in a computer readable storage medium in a server data processing system may be downloaded over a network from the server to data processing system **2300**. The data processing system providing program code **2318** may be a server computer, a client computer, or some other device capable of storing and transmitting program code **2318**.

The different components illustrated for data processing system **2300** are not meant to provide architectural limitations to the manner in which different embodiments may be implemented. The different illustrative embodiments may be implemented in a data processing system including components in addition to and/or in place of those illustrated for data processing system **2300**. Other components shown in FIG. **23** can be varied from the illustrative examples shown. The different embodiments may be implemented using any hardware device or system capable of running program code. As one example, data processing system **2300** may include organic components integrated with inorganic components and/or may be comprised entirely of organic components excluding a human being. For example, a storage device may be comprised of an organic semiconductor.

In another illustrative example, processor unit **2304** may take the form of a hardware unit that has circuits that are manufactured or configured for a particular use. This type of hardware may perform operations without needing program code to be loaded into a memory from a storage device to be configured to perform the operations.

For example, when processor unit **2304** takes the form of a hardware unit, processor unit **2304** may be a circuit system, an application specific integrated circuit (ASIC), a programmable logic device, or some other suitable type of hardware configured to perform a number of operations. With a programmable logic device, the device is configured to perform the number of operations. The device may be reconfigured at a later time or may be permanently configured to perform the number of operations. Examples of programmable logic devices include, for example, a programmable logic array, a programmable array logic, a field programmable logic array, a field programmable gate array, and other suitable hardware devices. With this type of implementation, program code **2318** may be omitted, because the processes for the different embodiments are implemented in a hardware unit.

In still another illustrative example, processor unit **2304** may be implemented using a combination of processors found in computers and hardware units. Processor unit **2304** may have a number of hardware units and a number of processors that are configured to run program code **2318**. With this depicted example, some of the processes may be implemented in the number of hardware units, while other processes may be implemented in the number of processors.

In another example, a bus system may be used to implement communications framework **2302** and may be comprised of one or more buses, such as a system bus or an input/output bus. Of course, the bus system may be implemented using any suitable type of architecture that provides for a transfer of data between different components or devices attached to the bus system.

Additionally, communications unit **2310** may include a number of devices that transmit data, receive data, or both transmit and receive data. Communications unit **2310** may be, for example, a modem or a network adapter, two network adapters, or some combination thereof. Further, a memory may be, for example, memory **2306**, or a cache, such as that found in an interface and memory controller hub that may be present in communications framework **2302**.

The flowcharts and block diagrams described herein illustrate the architecture, functionality, and operation of possible implementations of systems, methods, and computer program products according to various illustrative embodiments. In this regard, each block in the flowcharts or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function or functions. It should also be noted that, in some alternative implementations, the functions noted in a block may occur out of the order noted in the Figures. For example, the functions of two blocks shown in succession may be executed substantially concurrently, or the functions of the blocks may sometimes be executed in the reverse order, depending upon the functionality involved.

The following describes additional aspects and features of disclosed embodiments, presented without limitation as a series of numbered paragraphs. Each of these paragraphs can be combined with one or more other paragraphs, and/or with disclosure from elsewhere in this application, including the materials incorporated by reference in the Cross-Reference, in any suitable manner. Some of the paragraphs below expressly refer to and further limit other paragraphs, providing without limitation examples of some of the suitable combinations.

A. An electric vehicle comprising a board including first and second deck portions each configured to receive a left or right foot of a rider; a wheel assembly disposed between the first and second deck portions and including a ground-contacting element; a motor assembly mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle; at least one sensor configured to measure orientation information of the board; and a motor controller configured to receive orientation information measured by the sensor and to cause the motor assembly to propel the electric vehicle based on the orientation information; wherein the electric vehicle includes exactly one ground-contacting element.

A1. The vehicle of paragraph A, wherein the motor assembly includes a hub motor.

A2. The vehicle of paragraph A1, wherein the hub motor is internally geared.

A3. The vehicle of paragraph A1, wherein the hub motor is direct-drive.

A4. The vehicle of paragraph A, further comprising a first light assembly disposed at a first end portion of the board; and a second light assembly disposed at a second end portion of the board; wherein the first light assembly is configured to output light of a first color when the board is being propelled generally in a first direction and to output light of a second color when the board is being propelled generally in a second direction; and wherein the second light assembly is configured to output light of the second color when the board is being propelled generally in the first direction and to output light of the first color when the board is being propelled generally in the second direction.

A5. The vehicle of paragraph A4, wherein the first color is white and the second color is red.

A6. The vehicle of paragraph A, wherein the at least one sensor includes a gyro and an accelerometer collectively configured to estimate a lean angle of the board.

B. An electric skateboard comprising a foot deck having first and second deck portions each configured to support a rider's foot; exactly one ground-contacting wheel disposed between the first and second deck portions and configured to

US 9,101,817 B2

<table>
<tr><td>31</td><td>32</td></tr>
</table>

rotate about an axle to propel the skateboard; at least one sensor configured to measure an orientation of the foot deck; and an electric motor configured to cause rotation of the wheel based on the orientation of the foot deck.

B1. The skateboard of paragraph B, wherein the motor is a hub motor.

B2. The skateboard of paragraph B, further comprising a first light assembly disposed at a distal end of the first deck portion; and a second light assembly disposed at a distal end of the second deck portion; wherein the first light assembly is configured to output light of a first color when the board is being propelled generally in a first direction and to output light of a second color when the board is being propelled generally in a second direction; and wherein the second light assembly is configured to output light of the second color when the board is being propelled generally in the first direction and to output light of the first color when the board is being propelled generally in the second direction.

B3. The skateboard of paragraph B, wherein the at least one sensor includes a gyro configured to measure pivotation of the foot deck about a pitch axis.

B4. The skateboard of paragraph B3, wherein the at least one sensor further includes an accelerometer, and wherein the gyro and the accelerometer are collectively configured to measure orientation of the foot deck about pitch, roll and yaw axes.

B5. The skateboard of paragraph B, further including a rider detection device configured to determine if a rider's feet are disposed on the foot deck, and to send a signal causing the motor to enter an active state when the rider's feet are determined to be disposed on the foot deck.

C. A self-balancing electric vehicle comprising a frame defining a plane; a first deck portion mounted to the frame and configured to support a first foot of a rider; a second deck portion mounted to the frame and configured to support a second foot of a rider; a wheel mounted to the frame between the deck portions, extending above and below the plane and configured to rotate about an axis lying in the plane; at least one sensor mounted to the frame and configured to sense orientation information of the frame; a motor controller configured to receive the orientation information from the sensor and to generate a motor control signal in response to the orientation information; and a motor configured to receive the motor control signal from the motor controller and to rotate the wheel in response, thus propelling the skateboard.

C1. The electric vehicle of paragraph C, wherein the motor is an electric direct-drive hub motor.

C2. The electric vehicle of paragraph C, wherein the at least one sensor includes a gyro and a 3-axis accelerometer collectively configured to sense orientation information sufficient to estimate a lean angle of the frame including pivotation about pitch, roll and yaw axes.

C3. The electric vehicle of paragraph C, further comprising a first skid pad and a first illuminator disposed at a distal end of the first deck portion and a second skid pad and a second illuminator disposed at a distal end of the second deck portion, wherein each skid pad includes an aperture configured to allow light from the corresponding illuminator to shine through while preventing the illuminator from contacting the ground.

C4. The electric vehicle of paragraph C3, wherein the first illuminator is configured to output light of a first color when the frame is being propelled generally in a first direction and to output light of a second color when the frame is being propelled generally in a second direction, and wherein the second illuminator is configured to output light of the second color when the frame is being propelled generally in the first

direction and to output light of the first color when the frame is being propelled generally in the second direction.

C5. The electric vehicle of paragraph C, further comprising a fender attached to at least one of the deck portions and configured to prevent water traversed by the wheel from splashing onto a rider.

C6. The electric vehicle of paragraph C5, wherein the fender is attached to both of the first and second deck portions and substantially entirely separates the wheel from the rider.

The disclosure set forth above may encompass multiple distinct inventions with independent utility. Although each of these inventions has been disclosed in its preferred form(s), the specific embodiments thereof as disclosed and illustrated herein are not to be considered in a limiting sense, because numerous variations are possible. The subject matter of the inventions includes all novel and nonobvious combinations and subcombinations of the various elements, features, functions, and/or properties disclosed herein. The following claims particularly point out certain combinations and subcombinations regarded as novel and nonobvious. Inventions embodied in other combinations and subcombinations of features, functions, elements, and/or properties may be claimed in applications claiming priority from this or a related application. Such claims, whether directed to a different invention or to the same invention, and whether broader, narrower, equal, or different in scope to the original claims, also are regarded as included within the subject matter of the inventions of the present disclosure.

What is claimed is:

1. An electric vehicle, comprising:
   a board including first and second deck portions each configured to receive a left or right foot of a rider;
   a wheel assembly including a ground-contacting element disposed between and extending above the first and second deck portions;
   a motor assembly mounted to the board and configured to rotate the ground-contacting element around an axle to propel the electric vehicle;
   at least one sensor configured to measure orientation information of the board;
   a motor controller configured to receive orientation information measured by the sensor and to cause the motor assembly to propel the electric vehicle based on the orientation information;
   a first light assembly disposed at a first end portion of the board; and
   a second light assembly disposed at a second end portion of the board;
   wherein the first light assembly is configured to output light of a first color when the board is being propelled generally in a first direction and automatically to change color and output light of a second color when the board is being propelled generally in a second direction; and
   wherein the second light assembly is configured to output light of the second color when the board is being propelled generally in the first direction and automatically to change color and output light of the first color when the board is being propelled generally in the second direction.

2. The vehicle of claim 1, wherein the motor assembly includes a hub motor.

3. The vehicle of claim 2, wherein the hub motor is internally geared.

4. The vehicle of claim 2, wherein the hub motor is direct-drive.

5. The vehicle of claim 1, wherein the first color is white and the second color is red.

US 9,101,817 B2

33

**6**. The vehicle of claim **1**, wherein the at least one sensor includes a gyro and an accelerometer collectively configured to estimate a lean angle of the board.

**7**. An electric skateboard, comprising:

a foot deck having first and second deck portions each configured to support a rider's foot;

exactly one ground-contacting wheel disposed between and extending above the first and second deck portions and configured to rotate about an axle to propel the skateboard;

at least one sensor configured to measure an orientation of the foot deck;

an electric motor configured to cause rotation of the wheel based on the orientation of the foot deck; and

a first light assembly disposed at a distal end of the first deck portion; and

a second light assembly disposed at a distal end of the second deck portion;

wherein the first light assembly is configured automatically to output light of a first color when the board is being propelled generally in a first direction and automatically to output light of a second color when the board is being propelled generally in a second direction;

wherein the second light assembly is configured automatically to output light of the second color when the board is being propelled generally in the first direction and automatically to output light of the first color when the board is being propelled generally in the second direction.

**8**. The skateboard of claim **7**, wherein the motor is a hub motor.

**9**. The skateboard of claim **7**, wherein the at least one sensor includes a gyro configured to measure pivotation of the foot deck about a pitch axis.

**10**. The skateboard of claim **9**, wherein the at least one sensor further includes an accelerometer, and wherein the gyro and the accelerometer are collectively configured to measure orientation of the foot deck about pitch, roll and yaw axes.

**11**. The skateboard of claim **7**, further including a rider detection device configured to determine if a rider's feet are disposed on the foot deck, and to send a signal causing the motor to enter an active state when the rider's feet are determined to be disposed on the foot deck.

**12**. A self-balancing electric vehicle, comprising:

a frame defining a plane;

a first deck portion mounted to the frame and configured to support a first foot of a rider;

34

a second deck portion mounted to the frame and configured to support a second foot of a rider;

a wheel mounted to the frame between the deck portions, extending above and below the plane and configured to rotate about an axis lying in the plane;

at least one sensor mounted to the frame and configured to sense orientation information of the frame;

a motor controller configured to receive the orientation information from the sensor and to generate a motor control signal in response to the orientation information;

a motor configured to receive the motor control signal from the motor controller and to rotate the wheel in response, thus propelling the skateboard;

a first skid pad and a first illuminator disposed at a distal end of the first deck portion; and

a second skid pad and a second illuminator disposed at a distal end of the second deck portion;

wherein each skid pad includes an aperture configured to allow light from the corresponding illuminator to shine through while preventing the illuminator from contacting the ground; and

wherein the first illuminator is configured automatically to output light of a first color when the frame is being propelled generally in a first direction and automatically to output light of a second color when the frame is being propelled generally in a second direction, and the second illuminator is configured automatically to output light of the second color when the frame is being propelled generally in the first direction and automatically to output light of the first color when the frame is being propelled generally in the second direction.

**13**. The electric vehicle of claim **12**, wherein the motor is an electric direct-drive hub motor.

**14**. The electric vehicle of claim **12**, wherein the at least one sensor includes a gyro and a 3-axis accelerometer collectively configured to sense orientation information sufficient to estimate a lean angle of the frame including pivotation about pitch, roll and yaw axes.

**15**. The electric vehicle of claim **12**, further comprising a fender attached to at least one of the deck portions and configured to prevent water traversed by the wheel from splashing onto a rider.

**16**. The electric vehicle of claim **15**, wherein the fender is attached to both of the first and second deck portions and substantially entirely separates the wheel from the rider.

\* \* \* \* \*