# Exhibit C

Case 2:16-cv-00013-MMD-CWH   Document 1-3   Filed 01/05/16   Page 2 of 12



Home  |  Contact

Changzhou First International Trade Co., Ltd

Enter Your Keywords

HOME | ABOUT US | NEWS | PRODUCTS | SERVICE | CONTACT

## Products

- Surfing Electric Scooter
- Two Wheel Balance Scooter

### Contact us

Longyu Western Road NO.28, Wujin, Changzhou, China

86-0519-81291669

www.cz-first.com

leo@changzhou-first.com

You are here: Home > Products > Surfing Electric Scooter



  

### Surfing Electric Scooter-Blue

| Item | Specifications | Param |
|---|---|---|
| Appearance And Weight | Overall Dimensions | 741x259x... |
| | The Distance Between The Pedal And Ground | 174.5mm |
| | Tire Dimensions | Φ280mm |
| | Body Weight Of The Vehicle | 13.9kg |
| Performance | Maximum Speed | 20km/h |
| | Driving Mileage | 18-25km |
| | Maximum Climbing Angle | About 20 |
| | Power Of Battery | 211wh;26... |
| | Temperature Suitable For Riding | Minus 10°... |
| | Storage Temperature | Minus 30°... |
| | Maximum Load | 120kg |
| | Charger Voltage | AC 110-2... |
| | Charging Time | 2 hours |

E-mail Us       Contact Us

### Details

Characteristic:

| Item | Specifications | Parameter contents | Instruction |
|---|---|---|---|
| | Side Tilt Protection | Both are 45° on the left and right | The motor will stop rotating while exceeding 45° |

Exhibit C to Complaint, Page 1 of 11

| | | | |
|---|---|---|---|
| Protection Measures | Speed-Limiting Protection | Start when it is more than 15 km/h | The front end of the pedal rises to prevent further acceleration. |
| | Low Battery Indication | The red light flickers when about 25% of the electric quantity is remained | The buzzer beeps once every 15 seconds |
| Item | Specifications | Parameter contents | Instruction |
| Information Indication | Battery Indicator | The red light starts when about 10% of the electric quantity is remained | The front end of the pedal begin to rise |
| | | The red light starts when about 10% of the electric quantity is remained | The electric quantity is less than 25% |
| | Voice Reminder | Beep | Continuous beeps during the low electric quantity protection |
| | | Blew | Blew while tilting to the side |





Tubeless Tyres     20km/h     Waterproof




Cross-country    The Side Tilt Protection Starting
                 The Motor Will Stop Running

Instruction:

Exhibit C to Complaint, Page 2 of 11





**Colour For Choosed:**



### About
About Us
Service

### Produts
Surfing Electric Scooter

Two Wheel Balance Scooter

### Contact us
Address: Longyu Western Road NO.28, Wujin, Changzhou, China
Tel: 86-0519-81291669
Fax: 86-0519-8648896
E-mail: leo@changzhoufirst.com

© Copyright By Changzhou First International Trade Co., Ltd

Exhibit C to Complaint, Page 4 of 11

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv,Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document 1-5   Filed 01/05/16   Page 6 of 12

Sign In | Join Free    My Alibaba ˅                    For Buyers ˅    For Suppliers ˅    Customer Service ˅    Trade Assurance

Products ˅    What are you looking for...                Search    Get Quotations ˅

About 723 results:  Kick Scooters,Foot Scooters (31)

Home >  Products >  Sports & Entertainment >  Outdoor Sports >  Scooters >  Electric Scooters (2255648)                Multi-Language Sites ˅



### self balancing suv surfing electric scooter with 10" big onewheel

| | |
|---|---|
| FOB Price: | **US $550 - 555 / Piece** \| Get Latest Price |
| Min.Order Quantity: | 1 Piece/Pieces |
| Supply Ability: | 2000 Piece/Pieces per Month |
| Port: | shanghai ningbo shenzhen |
| Payment Terms: | T/T,Western Union,Paypal |

**5**YRS    Changzhou First International Trade Co., Ltd.

China (Mainland) | Manufacturer, Trading Company

Supplier Assessments:

| | | |
|---|---|---|
| 3 Transactions | $ | 70,000+ |
| Response Time | | 24h-48h |
| Response Rate | | 86.5% |

Contact Supplier    Leave Messages

Visit Minisite    Contact Detail

Start Order

Trade Assurance: (a FREE payment protection service)

Place order online and pay to the designated bank account to get full protection

- Product quality protection
- On-time shipment protection
- Payment protection

Report Suspicious Activity

See larger image

Add to My Cart    Add to My Favorites

**Product Details**    Company Profile    Transaction History

Exhibition Info    Product Description    Packaging & Shipping

### Quick Details

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Jiangsu, China (Mainl… | Brand Name: | ODM | Model Number: | FT-006 |
| Power: | 201-500w | Voltage: | 48v | Certification: | CE |
| Charging Time: | 2h | Foldable: | No | Range per charge: | 18-25km |
| Tire Size: | 10 Inch | Max speed: | 20km/h | Max Permissible Gradient: | 20 degree |
| Battery Capacity: | 211W 4.4AH | Max load: | 120kg | Motor power: | 700W |
| Product Size: | 741*259*280mm | Color: | red green blue orange | | |

### Packaging & Delivery

Packaging Details: Gerenal Package:1 pc/color box
                   Special Package:support OEM with customer's logo
Delivery Detail:   5-7 working days

### Exhibition Info

**You May Like:**


2016 Latest Smart Drifting Scooter With
US $550 - 555 / Set
1 Set/Sets


Off Road Electric Smart Self Balancing Board
US $550 - 555 / Set
1 Set/Sets


Hot Sale Off Road Mini Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets


The Best Cheap Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets


Latest Self Balancing Hoverboard
US $550 - 555 / Set
1 Set/Sets

Latest Cheap Electric Scooter Hoverboard For

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv,Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 1-5 Filed 01/05/16 Page 6 of 12







US $550 - 555 / Set
1 Set/Sets



10 inch self smart balancing electric scooter
US $550 - 555 / Piece
1 Piece/Pieces



New arrival Wholesale hoverboard one
US $550 - 555 / Piece
1 Piece/Pieces



Green self balancing hover board one wheel
US $550 - 555 / Piece
1 Piece/Pieces



**Product Description**

## Product introduction:

surfing electric scooter is the latest hightech outdoor sport product, Using of space attitude control principle & gyroscope system to realize direction of the balance;
the user can realize advancement,acceleration deceleration and braking though the body of tilt slightly.

At the same time,the surfing electric scooter is green and environment friendly ,portable,
it is a good assistant for entertainment.

Exhibit C to Complaint, Page 6 of 11

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10'' Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10'' …

Case 2:16-cv-00013-MMD-CWH Document 1-3 Filed 01/05/16 Page 8 of 12

## Technical Parameter

Instruction for Surfing Electric Scooter

| Item | Specifications | Parameter contents | Instruction |
|---|---|---|---|
| Performance | Maximum speed | 20km/h | Depend on the rider's weight, road condition and the environmental temperature |
| | Driving mileage | 18–25km | |
| | Maximum climbing angle | About 20° | |
| | Power of battery | 211wh, 265wh, 317wh, 418wh | |
| | Temperature suitable for riding | Minus 10 ℃ – 40 ℃ | |
| | Storage temperature | Minus 30 ℃ – 70 ℃ | |
| | Maximum load | 120kg | |
| | Charger voltage | AC 220V 50–60Hz | |
| | Charging time | 2 hours | |
| Appearance and weight | Overall dimensions | 741x259x280mm | |
| | Tire dimensions | Φ280mm | |
| | Body weight of the vehicle | 13.9kg | |
| Protection measures | Side tilt protection | Both are 45° on the left and right | The motor will stop rotating while exceeding 45° |
| | Speed–limiting protection | Start when it is more than 15 km/h | The front end of the pedal rises to prevent further acceleration |
| | Low battery indication | The red light flickers when about 25% of the electric quantity is remained | The buzzer beeps once every 15 seconds |
| Information indication | Battery indicator | The red light starts when about 10% of the electric quantity is remained | The front end of the pedal begin to rise |
| | | The red indicators on both sides flicker | The electric quantity is less than 25% |
| | Voice reminder | Beep | Continuous beeps during the low electric quantity protection |
| | | Blew | Blew while tilting to the side |
| Attachment | Standard | Charger | |

Riding conditions: grassland/road/grove/mountain

self balancing suv surfing electric scooter with 10"  big onewheel ride on
 grassland/road/grove/mountain and so on.



12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 1-5 Filed 01/05/16 Page 9 of 12





Four colors for choosing:



New Feature:

12/30/2015    Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document 1-5   Filed 01/05/16   Page 10 of 12







Using skills:




**Packaging & Shipping**

*Shipping information:*

Exhibit C to Complaint, Page 9 of 11

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 1-3 Filed 01/05/16 Page 11 of 12



## Shipping Advise:
a.if you have your own forwarder in shenzhen or guangzhou,we can delivery the goods to the place.
b.if you not forwarder or agency,you can choose UPS/DHL/FEDEX/TNT and so on.

## Payment:
### We accept:Paypal/ West Union/ T/T or others
Payment should be completed within 7 days after you place an order.

Pls conatct me :cn1511660399
              Skype:anniema080523

self balancing suv surfing electric scooter with 10"  big onewheel



### Send your message to this supplier

To: Annie Ma

*Message:   Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any

View Sample

Your message must be between 20-8000 characters

Quantity:  1   Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **AliSource**Pro

☑ I agree to share my **Business Card** to the supplier.

  Send

Not exactly what you want? 1 request,multiple quotations  Get Quotations Now >>

**Related Searches:**

scooter                    gas scooter                foot scooter
handicapped scooter        bungee jump                skateboarding
camps                      fish                       shoot

Exhibit C to Complaint, Page 10 of 11

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big One wheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 1-5 Filed 01/05/16 Page 12 of 12

**You may also be interested in :**

| | | |
|---|---|---|
| razor electric scooter | vespa electric scooter | evo electric scooter |
| electric scooter kit | kids electric scooter | etwow electric scooter |
| cheap electric scooter | electric scooter 1000w | mini scooter |

View more ▾

---

TradeManager:     [Input keywords]     Subscribe

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | Laiwang | DingTalk | Alipay

Browse Alphabetically: Global Expo | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
© 1999-2015 Alibaba.com. All rights reserved.

aisn-detail010185235030