# Exhibit 1



**Kolisch Hartwell**
A Professional Corporation

INTELLECTUAL PROPERTY
ATTORNEYS

David P. Cooper
Pierre C. Van Rysselberghe♦
Charles H. DeVoe■
James R. Abney, Ph.D.♦
Edward B. Anderson▲
Shawn J. Kolitch, Ph.D.°
Thomas J. Romano
Peter D. Sabido♦
Owen W. Dukelow▲
David C. Bourgeau
Kimberly N. Fisher

Of Counsel:
John M. McCormack•

Patent Agents:
Stan M. Hollenberg, Ph.D.
Anton E. Skaugset, Ph.D.

Technical Consultant:
Adam Clausen, Ph.D.

▲ OR, CA & WA Bars
♦ OR & CA Bars
■ OR & WA Bars
° OR & AZ Bars
• CA Bar Only

OREGON ☒
200 Pacific Building
520 SW. Yamhill Street
Portland, Oregon 97204
Telephone: 503/224-6655
Facsimile: 503/972-9115

CALIFORNIA ☐
260 Sheridan Avenue, Ste. 200
Palo Alto, California 94306-2009
Telephone: 650/325-8673
Facsimile: 650/325-5076

Kolisch Hartwell, P.C.
info@khpatent.com
www.khpatent.com

*In memoriam*
*J. Pierre Kolisch 1918–2008*
*M. H. Hartwell 1927–2000*

December 28, 2015

**VIA E-MAIL**          leo@cz-first.com
**CONFIRMATION VIA FEDEX**

Changzhou First International Trade Co., Ltd.
Longyu Western Road No. 28
Wujin, Changzhou
CHINA

Re:     Patent Rights of Future Motion, Inc.; Kolisch Ref. – KJD.601

Dear Whom It May Concern:

My firm represents Future Motion, Inc. of Santa Cruz, California ("Future Motion") in intellectual property matters. Future Motion is the creator of the popular ONEWHEEL® self-balancing electric vehicle.

Future Motion owns various patent rights that protect its ONEWHEEL® product, including U.S. Patent No. 9,101,817 ("the '817 patent") and U.S. Design Patent No. D746,928 (to issue January 5, 2016) ("the '928 patent"). Future Motion has spent significant time, effort and money developing and marketing ONEWHEEL®. To protect its rights, Future Motion is willing to enforce its patents in federal court.

It has come to Future Motion's attention that Changzhou First International Trade Co., Ltd. ("Changzhou") is marketing a "Surfing Electric Scooter" product that appears to copy the ONEWHEEL® design and to infringe at least the '928 patent, and possibly also claims 1-16 of the '817 patent. Attached are copies of the issue notification and the allowed drawings of the '928 patent, and a copy of the issued '817 patent.

We understand that Changzhou intends to display and market this product at the CES exhibition in Las Vegas from January 6-9, 2016, Booth No. S2-25436. Future Motion believes it will be irreparably harmed if Changzhou introduces its infringing product at the CES show, and therefore intends to file a complaint for patent infringement in the United States District Court for the District of Nevada, along with an emergency motion for a temporary restraining order to prevent Changzhou from showing the "Surfing Electric Scooter" at the CES show.

Future Motion would prefer to resolve this matter without a lawsuit, and is willing to withhold filing its lawsuit if Changzhou will agree, without formal litigation, not to show the "Surfing Electric Scooter" at the CES show in Las Vegas, and more generally to stop making, using, offering for sale, selling and importing the "Surfing Electric Scooter."

Exhibit 1 to Kolitch Decl, Page 1 of 3

Changzhou First International Trade Co., Ltd.
December 28, 2015
Kolisch Ref. – KJD.601
Page 2

Please respond to me by **December 31, 2015**. If we do not have your agreement to withdraw the "Surfing Electric Scooter" from the CES show by then, we plan to file our complaint and emergency motion for a temporary restraining order in federal court before the show starts on January 6, 2016. At that point we will seek all remedies available under U.S. patent law, including a permanent injunction, monetary damages, and attorney's fees.

Very truly yours,

Shawn J. Kolitch
shawn@khpatent.com
503-224-6655

SJK:aek
Attachments

Exhibit 1 to Kolitch Decl, Page 2 of 3

**Amy E. Kuntz-Presting**

___

| | |
|---|---|
| **From:** | trackingupdates@fedex.com |
| **Sent:** | Sunday, January 03, 2016 11:13 PM |
| **To:** | Amy E. Kuntz-Presting |
| **Subject:** | FedEx Shipment 775303507253 Delivered |



## Your package has been delivered

Tracking # 775303507253

**Ship date:**
Mon, 12/28/2015
AMY E. KUNTZ-PRESTING
KOLISCH HARTWELL, P.C.
PORTLAND, OR 97204
US

Delivered

**Delivery date:**
Mon, 1/4/2016 3:01 pm
LEO
CHANGZHOU FIRST
INTERNATIONAL TRAD
LONGYU WESTERN ROAD
NO. 28 WUJIN
CHANGZHOU, 100022
CN

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 775303507253 |
| Status: | Delivered: 01/04/2016 3:01 PM Signed for By: L.L |
| Reference: | KJD.601 |
| Signed for by: | L.L |
| Delivery location: | CHANGZHOU, |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.30 lb. |
| Special handling/Services: | Deliver Weekday |

1

Exhibit 1 to Kolitch Decl, Page 3 of 3