# Exhibit 2



Changzhou First International Trade Co., Ltd

Home | Contact

Enter Your Keywords

HOME | ABOUT US | NEWS | PRODUCTS | SERVICE | CONTACT

### Products

- Surfing Electric Scooter
- Two Wheel Balance Scooter

### Contact us

Longyu Western Road NO.28, Wujin, Changzhou, China

86-0519-81291669

www.cz-first.com

leo@changzhou-first.com

You are here: Home > Products > Surfing Electric Scooter



#### Surfing Electric Scooter-Blue

| Item | Specifications | Param |
|---|---|---|
| Appearance And Weight | Overall Dimensions | 741x259x... |
| | The Distance Between The Pedal And Ground | 174.5mm |
| | Tire Dimensions | Φ280mm |
| | Body Weight Of The Vehicle | 13.9kg |
| Performance | Maximum Speed | 20km/h |
| | Driving Mileage | 18-25km |
| | Maximum Climbing Angle | About 20 |
| | Power Of Battery | 211wh;26... |
| | Temperature Suitable For Riding | Minus 10°... |
| | Storage Temperature | Minus 30°... |
| | Maximum Load | 120kg |
| | Charger Voltage | AC 110-2... |
| | Charging Time | 2 hours |

E-mail Us    Contact Us

#### Details

<span style="color:red">Characteristic:</span>

| Item | Specifications | Parameter contents | Instruction |
|---|---|---|---|
| | Side Tilt Protection | Both are 45°on the left and right | The motor will stop rotating while exceeding 45° |

Exhibit 2 to Kolitch Decl, Page 1 of 4

| | | | |
|---|---|---|---|
| Protection Measures | Speed-Limiting Protection | Start when it is more than 15 km/h | The front end of the pedal rises to prevent further acceleration. |
| | Low Battery Indication | The red light flickers when about 25% of the electric quantity is remained | The buzzer beeps once every 15 seconds |
| Item | Specifications | Parameter contents | Instruction |
| Information Indication | Battery Indicator | The red light starts when about 10% of the electric quantity is remained | The front end of the pedal begin to rise |
| | | The red light starts when about 10% of the electric quantity is remained | The electric quantity is less than 25% |
| | Voice Reminder | Beep | Continuous beeps during the low electric quantity protection |
| | | Blew | Blew while tilting to the side |





Tubeless Tyres      20km/h      Waterproof




Cross-country      The Side Tilt Protection Starting The Motor Will Stop Running



Instruction:

Exhibit 2 to Kolitch Decl, Page 2 of 4

Case 2:16-cv-09013-MMB-CWH Document 8-3 Filed 01/06/16 Page 4 of 5



Indicator Light In Driving:

Exhibit 2 to Kolitch Decl, Page 3 of 4



Colour For Choosed:



## About
About Us
Service

## Produts
Surfing Electric Scooter

Two Wheel Balance Scooter

## Contact us
Address: Longyu West Road NO.28, Wujin, Changzhou, China
Tel: 86-0519-81291669
Fax: 86-0519-8648896
E-mail: leo@changzhoufirst.com

© Copyright By Changzhou First International Trade Co., Ltd

Exhibit 2 to Kolitch Decl, Page 4 of 4