# Exhibit 3

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv,Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document 3-4   Filed 01/06/16   Page 2 of 8

Sign In | Join Free    My Alibaba              For Buyers    For Suppliers    Customer Service    Trade Assurance

Products   What are you looking for...                Search    Get Quotations

About 723 results:  Kick Scooters,Foot Scooters (31)

Home > Products > Sports & Entertainment > Outdoor Sports > Scooters > Electric Scooters (2255648)                Multi-Language Sites



See larger image

self balancing suv surfing electric scooter with 10" big onewheel

| | |
|---|---|
| FOB Price: | US $550 - 555 / Piece   \| Get Latest Price |
| Min.Order Quantity: | 1 Piece/Pieces |
| Supply Ability: | 2000 Piece/Pieces per Month |
| Port: | shanghai ningbo shenzhen |
| Payment Terms: | T/T,Western Union,Paypal |

Contact Supplier        Leave Messages

Start Order

Trade Assurance: (a FREE payment protection service)

Place order online and pay to the designated bank account to get full protection

Product quality protection
On-time shipment protection        Payment protection

Report Suspicious Activity

5 YRS   Changzhou First International Trade Co., Ltd.

China (Mainland) | Manufacturer, Trading Company

Supplier Assessments:

| | | |
|---|---|---|
| 3 Transactions | $ | 70,000+ |
| Response Time | | 24h-48h |
| Response Rate | | 86.5% |

Visit Minisite    Contact Detail



You May Like:


2016 Latest Smart Drifting Scooter With
US $550 - 555 / Set
1 Set/Sets


Off Road Electric Smart Self Balancing Board
US $550 - 555 / Set
1 Set/Sets


Hot Sale Off Road Mini Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets


The Best Cheap Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets


Latest Self Balancing Hoverboard
US $550 - 555 / Set
1 Set/Sets

Latest Cheap Electric Scooter Hoverboard For

Add to My Cart        Add to My Favorites

| Product Details | Company Profile | Transaction History |
|---|---|---|

Exhibition Info        Product Description        Packaging & Shipping

**Quick Details**

| | | | | | |
|---|---|---|---|---|---|
| Place of Origin: | Jiangsu, China (Mainl… | Brand Name: | ODM | Model Number: | FT-006 |
| Power: | 201-500w | Voltage: | 48v | Certification: | CE |
| Charging Time: | 2h | Foldable: | No | Range per charge: | 18-25km |
| Tire Size: | 10 Inch | Max speed: | 20km/h | Max Permissible Gradient: | 20 degree |
| Battery Capacity: | 211W 4.4AH | Max load: | 120kg | Motor power: | 700W |
| Product Size: | 741*259*280mm | Color: | red green blue orange | | |

**Packaging & Delivery**

Packaging Details: Gerenal Package:1 pc/color box
Special Package:support OEM with customer's logo
Delivery Detail: 5-7 working days

Exhibition Info

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv,Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 8-4 Filed 01/06/16 Page 3 of 8



**Product Description**

## Product introduction:

surfing electric scooter is the latest hightech outdoor sport product, Using of space attitude control principle & gyroscope system to realize direction of the balance;
the user can realize advancement,acceleration deceleration and braking though the body of tilt slightly.

At the same time,the surfing electric scooter is green and environment friendly ,portable,
it is a good assistant for entertainment.


US $550 - 555 / Set
1 Set/Sets


10 inch self smart balancing electric scooter
US $550 - 555 / Piece
1 Piece/Pieces


New arrival Wholesale hoverboard one
US $550 - 555 / Piece
1 Piece/Pieces


Green self balancing hover board one wheel
US $550 - 555 / Piece
1 Piece/Pieces

Exhibit 3 to Kolitch Decl, Page 2 of 7

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document 8-4   Filed 01/06/16   Page 4 of 8

## Technical Parameter

Instruction for Surfing Electric Scooter

| Item | Specifications | Parameter contents | Instruction |
|---|---|---|---|
| Performance | Maximum speed | 20km/h | Depend on the rider's weight, road condition and the environmental temperature |
| | Driving mileage | 18–25km | |
| | Maximum climbing angle | About 20° | |
| | Power of battery | 211wh, 265wh, 317wh, 418wh | |
| | Temperature suitable for riding | Minus 10 ℃ – 40 ℃ | |
| | Storage temperature | Minus 30 ℃ – 70 ℃ | |
| | Maximum load | 120kg | |
| | Charger voltage | AC 220V 50–60Hz | |
| | Charging time | 2 hours | |
| Appearance and weight | Overall dimensions | 741x259x280mm | |
| | Tire dimensions | Φ280mm | |
| | Body weight of the vehicle | 13.9kg | |
| Protection measures | Side tilt protection | Both are 45° on the left and right | The motor will stop rotating while exceeding 45° |
| | Speed-limiting protection | Start when it is more than 15 km/h | The front end of the pedal rises to prevent further acceleration |
| | Low battery indication | The red light flickers when about 25% of the electric quantity is remained | The buzzer beeps once every 15 seconds |
| Information indication | Battery indicator | The red light starts when about 10% of the electric quantity is remained | The front end of the pedal begin to rise |
| | | The red indicators on both sides flicker | The electric quantity is less than 25% |
| | Voice reminder | Beep | Continuous beeps during the low electric quantity protection |
| | | Blew | Blew while tilting to the side |
| Attachment | Standard | Charger | |

Riding conditions: grassland/road/grove/mountain

self balancing suv surfing electric scooter with 10"  big onewheel ride on
 grassland/road/grove/mountain and so on.



12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 8-4 Filed 01/06/16 Page 5 of 8





Four colors for choosing:



New Feature:

Exhibit 3 to Kolitch Decl, Page 4 of 7

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv,Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 8-4 Filed 01/06/16 Page 6 of 8







Using skills:




Packaging & Shipping

*Shipping information:*

Exhibit 3 to Kolitch Decl, Page 5 of 7

12/30/2015 Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH Document 3-4 Filed 01/06/16 Page 7 of 8



### Shipping Advise:

a.if you have your own forwarder in shenzhen or guangzhou,we can delivery the goods to the place.

b.if you not forwarder or agency,you can choose UPS/DHL/FEDEX/TNT and so on.

### Payment:

### We accept:Paypal/ West Union/ T/T or others

Payment should be completed within 7 days after you place an order.

Pls conatct me :cn1511660399

       Skype:anniema080523

self balancing suv surfing electric scooter with 10" big onewheel



### Send your message to this supplier

| | |
|---|---|
| To: | Annie Ma |
| *Message: | Enter your inquiry details such as product name, color, size, MOQ, FOB, etc. |

For better quotations, include:
- A self introduction
- Special requests, if any

View Sample

Your message must be between 20-8000 characters

Quantity: 1    Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours.    **AliSource**Pro

☑ I agree to share my **Business Card** to the supplier.

Send

Not exactly what you want? 1 request,multiple quotations  Get Quotations Now >>

**Related Searches:**

| scooter | gas scooter | foot scooter |
| handicapped scooter | bungee jump | skateboarding |
| camps | fish | shoot |

Exhibit 3 to Kolitch Decl, Page 6 of 7

12/30/2015  Self Balancing Suv Surfing Electric Scooter With 10'' Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document3-4   Filed 01/06/16   Page 8 of 8

You may also be interested in :

| | | |
|---|---|---|
| razor electric scooter | vespa electric scooter | evo electric scooter |
| electric scooter kit | kids electric scooter | etwow electric scooter |
| cheap electric scooter | electric scooter 1000w | mini scooter |

View more ▼

---

TradeManager:  [Input keywords]  [Subscribe]

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - العربية - ไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | Laiwang | DingTalk | Alipay

Browse Alphabetically: Global Expo | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
© 1999-2015 Alibaba.com. All rights reserved.

aisn-detail010185235030

Exhibit 3 to Kolitch Decl, Page 7 of 7