# Exhibit 4

12/30/2015    Self Balancing Suv Surfing Electric Scooter With 10" Big Onewheel - Buy Surfing Electric Scooter,Self Balancing Suv Surfing Electric Scooter With 10" …

Case 2:16-cv-00013-MMD-CWH   Document 8-5   Filed 01/06/16   Page 2 of 3

Sign In | Join Free     My Alibaba ⌄                                                For Buyers ⌄    For Suppliers ⌄    Customer Service ⌄    Trade Assurance

Products ⌄ | What are you looking for...                   Search    Get Quotations ⌄

About 723 results: Kick Scooters,Foot Scooters (31)

Home > Products > Sports & Entertainment > Outdoor Sports > Scooters > Electric Scooters (2255648)                                   Multi-Language Sites ⌄



See larger image

### self balancing suv surfing electric scooter with 10" big onewheel

| | |
|---|---|
| FOB Price: | **US $550 - 555 / Piece**   Get Latest Price |
| Min.Order Quantity: | 1 Piece/Pieces |
| Supply Ability: | 2000 Piece/Pieces per Month |
| Port: | shanghai ningbo shenzhen |
| Payment Terms: | T/T,Western Union,Paypal |

[Contact Supplier]   Leave Messages

[Start Order]

Trade Assurance: (a FREE payment protection service)
Place order online and pay to the designated bank account to get full protection.
- Product quality protection
- On-time shipment protection        Payment protection

5<sup>YRS</sup>    Changzhou First International Trade Co., Ltd.
China (Mainland) | Manufacturer, Trading Company

Supplier Assessments:

| | | |
|---|---|---|
| 3 Transactions | $ | 70,000+ |
| Response Time | 🕒 | 24h-48h |
| Response Rate | ➤ | 86.5% |

Visit Minisite    Contact Detail



You May Like:



[Contact Supplier]

Off Road Electric Smart Self Balancing Board
US $550 - 555 / Set
1 Set/Sets

Hot Sale Off Road Mini Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets

The Best Cheap Smart Self Balancing
US $550 - 555 / Set
1 Set/Sets



Latest Self Balancing Hoverboard
US $550 - 555 / Set
1 Set/Sets

Latest Cheap Electric Scooter Hoverboard For

Add to My Cart     Add to My Favorites

---

| Product Details | Company Profile | **Transaction History** |                                       Report Suspicious Activity |

### Transaction History of the Supplier
Below is the information about **the supplier's transactions** conducted via Alibaba.com. If you require further details regarding the transaction data, please contact the supplier directly.

**Transaction Overview**        ◄  2014.12 - 2015.11  ►

Transactions

(chart: No. of Transactions, 0 to 1.5, months Dec–Nov, with points at Jan=1, Jul=1, Oct=1)

Export Markets
No. of Transactions | Transaction Value
IS ▮▮▮
US ▮▮▮
DE ▮▮

### Transaction Details

| United States ⌄ |

This supplier has completed **1** transactions with buyers from United States.

| Buyer's Country | Transaction Value | Transaction Date |
|---|---|---|

| | | |
|---|---|---|
| United States | USD $**,***.** | 01/27/2015 |

1

US $550 - 555 / Set
1 Set/Sets

10 inch self smart balancing electric scooter
US $550 - 555 / Piece
1 Piece/Pieces

New arrival Wholesale hoverboard one
US $550 - 555 / Piece
1 Piece/Pieces

Green self balancing hover board one wheel
US $550 - 555 / Piece
1 Piece/Pieces

**Send your message to this supplier**

To: Annie Ma

*Message: Enter your inquiry details such as product name, color, size, MOQ, FOB, etc.

For better quotations, include:
- A self introduction
- Special requests, if any
View Sample

Your message must be between 20-8000 characters

Quantity: 1 Piece/Pieces

☐ Recommend matching suppliers if this supplier doesn't contact me on Message Center within 24 hours. **AliSource**Pro

☑ I agree to share my **Business Card** to the supplier.

Send

Not exactly what you want? 1 request,multiple quotations Get Quotations Now >>

**Related Searches:**

| | | |
|---|---|---|
| scooter | gas scooter | foot scooter |
| handicapped scooter | bungee jump | skateboarding |
| camps | fish | shoot |

**You may also be interested in :**

| | | |
|---|---|---|
| **razor electric scooter** | **vespa electric scooter** | **evo electric scooter** |
| **electric scooter kit** | **kids electric scooter** | **etwow electric scooter** |
| **cheap electric scooter** | **electric scooter 1000w** | **mini scooter** |

View more

TradeManager: Input keywords Subscribe

Alibaba.com Site: International - Español - Português - Deutsch - Français - Italiano - Русский - 한국어 - 日本語 - اللغة العربية - ภาษาไทย - Türk - Nederlands - tiếng Việt - Indonesian - עברית

Alibaba Group | Taobao Marketplace | Tmall.com | Juhuasuan | AliExpress | Alibaba.com | 1688.com | Alimama | Alitrip
Alibaba Cloud Computing | YunOS | AliTelecom | HiChina | Autonavi | UCWeb | Umeng | Xiami | TTPod | Laiwang | DingTalk | Alipay

Browse Alphabetically: Global Expo | Showroom | Country Search | Manufacturers | Suppliers | Promotion | Wholesaler | Affiliate

Product Listing Policy - Intellectual Property Policy and Infringement Claims - Privacy Policy - Terms of Use
© 1999-2015 Alibaba.com. All rights reserved.

aisn-detail010185235030

Exhibit 4 to Kolitch Decl, Page 2 of 2

