# Exhibit 5



**Last:** No links!

**Next:**  The International CES exhibition from January 6th to 9th 2013

| About | Produts | | Contact us |
|---|---|---|---|
| About Us<br>Service | Surfing Electric Scooter | Two Wheel Balance Scooter | Address: Longyu West<br>Road NO.28, Wujin,<br>Changzhou, China<br>Tel: 86-0519-81291669<br>Fax: 86-0519-8648896<br>E-mail: leo@changzho<br>first.com |

© Copyright By Changzhou First International Trade Co., Ltd