# Exhibit 6 —Part 1

