W. WEST ALLEN
Nevada Bar No. 5566
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8230
Facsimile: (702) 949-8364
E-mail: wallen@lrrlaw.com

KOLISCH HARTWELL, P.C.
SHAWN J. KOLITCH (*Pro Hac Vice Pending*)
Oregon State Bar No. 063980
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204
Telephone: (503) 224-6655
Facsimile: (503) 972-9115
E-mail: shawn@khpatent.com

*Attorneys for Plaintiff*
*Future Motion, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FUTURE MOTION, INC., | Case No.: 2:16-cv-00013-MMD-CWH |
| Plaintiff,<br>v.<br>CHANGZHOU FIRST INTERNATIONAL TRADE CO.,<br>Defendant. | **DECLARATION OF KYLE JONATHAN DOERKSEN IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER, SEIZURE ORDER AND PRELIMINARY INJUNCTION** |

I, Kyle Jonathan Doerksen, declare as follows:

1.  I make this declaration in support of Future Motion, Inc.'s Motion for a Temporary Restraining Order, Seizure Order and Preliminary Injunction. The statements I make in this declaration are based on my personal knowledge, observations, and experience, unless otherwise noted. I am qualified and willing to testify to the matters stated below.

Page 1

7192476_1

2.  I am the founder and CEO of Future Motion, Inc. ("Future Motion"). Prior to founding Future Motion in 2013, I co-founded another technology start-up and also worked for almost a decade as a design engineer and project manager for a design consulting firm. I hold a B.S. degree in Neuroengineering and an M.S. degree in Mechanical Engineering, both from Stanford University.

3.  Future Motion sells the ONEWHEEL® self-balancing electric vehicle, which resembles a skateboard with one large central wheel that extends above and below the board. The wheel is driven by an electric motor, which is controlled in response to the orientation of the board. Thus, the board propels itself in whatever direction the rider leans. Attached as Exhibit 1 to my declaration is a copy of the Future Motion web page from which customers can order ONEWHEEL®. Attached as Exhibit 2 to my declaration is a copy of the ONEWHEEL® user's manual that Future Motion makes publicly available on its website.

4.  I created Future Motion's ONEWHEEL® product, and I am the sole inventor named on U.S. Pat. Nos. 9,101,817 ("the '817 patent") and D746,928 ("the '928 patent"), which are the patents Future Motion is asserting in this action. I have assigned ownership of both of these patents to Future Motion.

5.  I am familiar with the CES show, having attended it in the past as an exhibitor. In fact, I introduced Future Motion's ONEWHEEL® product at CES in January, 2014. Since then, ONEWHEEL® has received a large amount of positive press coverage, including complimentary reviews and reports broadcast or published by NBC, CNN, Bloomberg, Yahoo, Business Insider, the Wall Street Journal, Engadget, Wired, and Playboy, among others.

6.  Future Motion is a start-up company, and ONEWHEEL® is the company's first product. The product has been sold to customers throughout the United States and in at least 44 other countries. It generated more than $3M in revenue for Future Motion in 2015.

7.  The 2016 CES show will be held at multiple venues in Las Vegas from January 6-9, 2016. The show has been held annually for more than 40 years, and is widely viewed as one

Page 2

7192476_1

of the most important annual trade shows in the world. Companies of all sizes showcase their innovative products at CES, as well as establishing new customers and distribution channels.

8. In my experience, companies attend CES to exhibit their products and conduct business. Accordingly, exhibitors typically come to CES to solicit new customers, take product orders, and generally offer their products for sale. In some circumstances, a deal may be completed on the show floor. At other times, deals are completed off-site at separate conference or hotel rooms.

9. Representatives from Changzhou International Trade Co., Ltd. ("Changzhou") must have spent thousands of dollars to fly to Las Vegas from China with their products and to rent a booth at CES, and will naturally be exhibiting at CES hoping to recoup these expenses by conducting business and offering their products for sale.

10. In my experience, CES booth rental cost alone starts at several thousand dollars per booth, and the 2016 CES exhibitor's list indicates that Defendant appears to have rented three booths at this year's event, one of which will display the "Surfing Electric Scooter" product at issue in this action.

11. Defendant has distributed an advertising flyer, a copy of which was forwarded by email to the attention of Future Motion, which advertises the Changzhou "Surfing Electric Scooter" and invites potential customers to visit Defendant's booth at CES where it will be showing the product and presumably offering it for sale. Exhibit D to the Complaint in this action is a copy of the Changzhou flyer obtained by Future Motion.

12. Based on the advertising flyer and Changzhou's publicly available description and photos of the product on its website and its Alibaba.com web page (Declaration of Shawn J. Kolitch in Support of Plaintiff's Emergency Motion ("Kolitch Decl."), Ex. 2-3), the Changzhou "Surfing Electric Scooter" appears to me to be an intentional and virtually exact copy of Future Motion's ONEWHEEL® product.

13. I have reviewed the drawings of U.S. Pat. No. D746,928 (Complaint Ex. A). Based on Changzhou's product description and photos, in my opinion the Changzhou "Surfing Electric

Scooter" embodies the design claimed by the patent. I believe an ordinary observer would not be able to differentiate between the design claimed by the '928 patent, the "Surfing Electric Scooter," and Future Motion's ONEWHEEL® self-balancing electric vehicle.

14. I have reviewed a copy of U.S. Pat. No. 9,101,817 (Complaint Ex. B), including the claims. In my opinion, the Changzhou "Surfing Electric Scooter" necessarily includes all of the elements of at least claims 1, 5 and 7 of the patent under the plain and ordinary meaning of the language of those claims, and therefore literally infringes the claims.

15. I am not aware of any evidence that would tend to anticipate the design claimed in the '928 patent or the invention claimed in the '817 patent.

16. ONEWHEEL® has enjoyed significant commercial success, with more than $630,000 raised in Future Motion's initial Kickstarter campaign in a three-week period in 2014 (out of a goal of just $100,000), and more than $3M in revenue generated in 2015, which was the first full year of sales.

17. Changzhou's "Surfing Electric Scooter" is competing with the Future Motion ONEWHEEL® product for the same customers. As far as I can determine from publicly available marketing materials, Changzhou is making a product designed to look and function exactly like the Future Motion ONEWHEEL® product and patented design, and to compete unfairly with the ONEWHEEL® product.

18. Unless Defendant is restrained from exhibiting and offering to sell its infringing "Surfing Electric Scooter" products at the CES show, Future Motion will suffer immediate and irreparable harm in the form of a loss of market share that Future Motion might never recover, a likely increase of infringement from other sources based on the failure to stop this Defendant, general erosion of Future Motion's intellectual property rights, and unquantifiable damage to Future Motion's reputation, based on unfair competition from lower priced products of unknown quality.

19. Future Motion's office is located at 2881 Mission Street, Santa Cruz, California, 95060. Future Motion may be contacted through its counsel using the following contact

7192476_1

information. Lead counsel: Shawn Kolitch; email: shawn@khpatent.com; phone: (503) 317-5983. Nevada counsel: W. West Allen; email: WAllen@lrrc.com; phone: (702) 949-8230.

20. According to its website, Changzhou is a Chinese corporation with a business address of Changzhou First International Trade Co., Ltd., Longyu Western Road No. 28, Wujin, Changzhou, China. Defendant's website also provides the contact phone number 86-0519-81291669 and the contact email address leo@changzhou-first.com.

21. I visited the Changzhou booths at the CES show on January 6, 2016 and observed that Changzhou was exhibiting the infringing "Surfing Electric Scooter" products at one of its three CES booths, no. S2-25436. I observed at least four units of the infringing products, banners advertising the products, and product literature being freely distributed. My observation confirmed my opinion that the "Surfing Electric Scooter" copied my product design and infringes my U.S. patents.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2016, at Las Vegas, NV.

_____
Kyle Jonathan Doerksen
Founder and CEO,
Future Motion, Inc.

7192476_1