Barry L. Breslow (Nevada # 3023)
bbreslow@rbsllaw.com
Michael A. Burke (Nevada # 11527)
mburke@rbsllaw.com
ROBISON, BELAUSTEGUI,
SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
Facsimile: (775) 329-7941
*Attorneys for Defendant*

W. West Allen (Nevada # 5566)
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER
CHRISTIE, LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8230
Facsimile: (702) 949-8364
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FUTURE MOTION, INC.,

    Plaintiff,

v.

CHANGZHOU FIRST INTERNATIONAL
TRADE CO., LTD.,

    Defendant.

Case No. 2:16-cv-00013-MMD-CWH

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME**

(First Request)

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which Defendant CHANGZHOU FIRST INTERNATIONAL TRADE CO., LTD. must file and serve its response to the Complaint filed by Plaintiff FUTURE MOTION, INC. is extended to **Wednesday, February 10, 2016**. This extension would not affect the hearing on preliminary injunction set by the Court for February 17, 2016 or the briefing schedule set for the Preliminary Injunction Motion.

Dated: January 29, 2016

/s/ Michael A. Burke
Barry L. Breslow (Nevada # 3023)
Michael A. Burke (Nevada # 11527)
ROBISON, BELAUSTEGUI, SHARP & LOW
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: 775-329-3151

Of Counsel:
Jeffrey D. Blake
MERCHANT & GOULD
191 Peachtree Street, NE, Suite 3800
Atlanta, GA 30303
(404) 954-5100

Jeffrey S. Ward
Wendy M. Ward
MERCHANT & GOULD, P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
(608) 280-6750

**Attorneys for Defendant
CHANGZHOU FIRST
INTERNATIONAL TRADE CO., LTD.**

/s/ W. West Allen
W. West Allen (Nevada # 5566)
wallen@lrrlaw.com
LEWIS ROCA ROTHGERBER CHRISTIE, LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8230
Facsimile: (702) 949-8364

Of Counsel:
Shawn J. Kolitch (Pro Hac Vice Pending)
KOLITCH HARTWELL, PC.
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204

**Attorneys for Plaintiff
FUTURE MOTION, INC.**

IT IS SO ORDERED this 29th day of January, 2016

_____
UNITED STATES DISTRICT JUDGE
Magistrate